Steven W. Shaw, Esq
Law Office of Steven W. Shaw
918 S. Crescent Way
Mapleton, Utah 84664
Tel 702-292-1624
Email steve@shawlaw.biz
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| Darrell L. Deem, as an individual and on behalf of his Roth IRA #14459, David G. Law, as an individual and on behalf of his Roth IRA #11396, Janine W. Law, as an individual and on behalf of her Roth IRA #12075, DJ Property Solutions, LLC, a Utah limited liability company, Deem Realty Funding, Inc., a Utah corporation, Deem Investment Company, a Utah corporation,<br><br>     Plaintiffs,<br>v.<br><br>Tracey Baron, an individual, Michelle Baron, an individual, Big Blue Capital, LLC, an Oregan limited liability company, Turning Leaf Homes, LLC an Oregon limited liability company, Turning Leaf Advisors, LLC, an Oregon limited liability company, RenX Group, LLC, an Oregon limited liability company, RenX Group II, LLC an Oregon limited liability company, Crimson | Case No. 2-15-CV-755<br><br>**SECOND AMENDED COMPLAINT** |

| Investment Group, LLC, an Oregon limited liability company, and Does I - X, inclusive, Defendants. | |
|---|---|

## JURISDICTION

1.      This Court has diversity jurisdiction and venue over the parties in that the Plaintiffs are located in the State of Utah and the Defendants are located in the State of Oregon.

2.      This matter exceeds the jurisdictional minimum of this Court in that the amount in controversy is well in excess of $1,000,000.00.

## GENERAL ALLEGATIONS

3.   Plaintiff, DARRELL L. DEEM, is an individual and is now, and at all times relevant hereto was, a resident of Salt Lake County, State of Utah.  He sues as an individual and on behalf of his Roth IRA #14459.

4.   Plaintiff, DAVID G. LAW, is an individual and is now, and at all times relevant hereto was, a resident of Utah County, State of Utah.  He sues as an individual and on behalf of his Roth IRA #11396.

5.   Plaintiff, JANINE W. LAW, is an individual and is now, and at all times relevant hereto was, a resident of Utah County, State of Utah.  She sues as an individual and on behalf of her Roth IRA #12075.

6.   Plaintiff, DJ PROPERTY SOLUTIONS, LLC is now, and at all times relevant hereto was, a Utah limited liability company with its principal offices located in Utah County, State of Utah.

7.   Plaintiff, Deem Realty Funding, Inc., is now, and at all times relevant hereto was, a Utah corporation, with its principal offices located in Utah County, State of Utah.

8.   Plaintiff, Deem Investment Company, is now, and at all times relevant hereto was, a Utah corporation, with its principal offices located in Utah County, State of Utah.

9.   Defendant, TRACEY BARON, is an individual and is now, and at all times relevant hereto was, a resident of Clackamas County, State of Oregon.

10.   Defendant, MICHELLE BARON, is an individual and is now, and at all times relevant hereto was, a resident of Clackamas County, State of Oregon.

11.   Defendant, BIG BLUE CAPITAL, LLC, is now, and at all times relevant hereto was, a Limited Liability Company, organized and existing under the laws of the State of Oregon, with its principal place of business in Clackamas County, State of Oregon.

12.   Defendant, RENX GROUP, LLC, is now, and at all times relevant hereto was, a Limited Liability Company, organized and existing under the laws of the State of Oregon, with its principal place of business in Clackamas County, State of Oregon.

13.   Defendant, RENX GROUP II, LLC, is now, and at all times relevant hereto was, a Limited Liability Company, organized and existing under the laws of the State of Oregon, with its principal place of business in Clackamas County, State of Oregon.

14.   Defendant, TURNING LEAF ADVISORS, LLC, is now, and at all times relevant hereto

was, a Limited Liability Company, organized and existing under the laws of the State of Oregon, with its principal place of business in Clackamas County, State of Oregon.

15.   Defendant, TURNING LEAF HOMES, LLC, is now, and at all times relevant hereto was, a Limited Liability Company, organized and existing under the laws of the State of Oregon, with its principal place of business in Clackamas County, State of Oregon.

16.   The true names or capacities, whether individual, corporate, associate, or otherwise, of defendants named herein as DOES I through X, are unknown to Plaintiff who therefore sues said Defendants by such fictitious names.  Plaintiff will ask leave to amend this Complaint to show their true names and capacities when they have been ascertained.  Plaintiff is informed and believe and thereon alleges that each of the Defendants designated herein as a Doe are legally responsible in some manner for the events herein referred to and caused damage and injury proximately thereby to Plaintiff.

17.   At all times herein mentioned, each of the Defendants was the agent and employee of each of the remaining Defendants, and was, at all times, acting within the scope and purpose of said agency and employment, and each Defendant has ratified and approved the acts of the remaining Defendants.

18.   Defendant Tracey Baron, stands in a fiduciary or quasi-fiduciary relationship with plaintiffs by reason of the agreements in which they, and each of them, agreed to act for the benefit of Plaintiffs.

19.    By reason of the acts and omissions of defendants hereinafter alleged, and as a

proximate cause thereof, plaintiffs have suffered general, special and consequential damages in an amount to be determined according to proof at trial. An outline of the transaction and parties relating to said transactions which constitute the acts and omissions complained of are set forth in Exhibit A to this Second Amended Complaint, which Exhibit is attached hereto and incorporated herein as though set forth at length.

20. By reason of the acts and omissions of defendant Tracey Baron hereinafter alleged, were willful, malicious and oppressive and were undertaken in disregard of their fiduciary and quasi-fiduciary obligations and with a conscious disregard for the rights, feelings, interests and health of plaintiffs with the intent to vex, injure and annoy plaintiffs such as to constitute oppression, fraud and/or malice.

A JURY TRIAL IS DEMANDED.

<u>FIRST CAUSE OF ACTION</u>
(Accounting)

21. Plaintiffs incorporate herein by reference as if fully set forth each and every allegation of the preceding paragraphs of this Complaint.

22. In or about 2014, and at various times thereafter those defendants, and each of them entered into various agreements with plaintiffs as outlined in Exhibit A, wherein the names Defendants accepted the obligation to manage various real estate projects and then divide the profits therefrom with Plaintiffs as agreed, depending on the project, and all as specified on Exhibit A.

23. Subsequently, most of said projects resulted in profits in the form of sale proceeds and/or

rents.  Defendants, and each of them, or some of them, depending on the project, all as outlined in Exhibit A, have not given to Plaintiffs and Plaintiffs have not received an accounting of the profits, losses and/or expenses associated with said projects despite requests therefore from Plaintiffs. Plaintiffs are informed and believe and bases on said information and belief allege that said Defendants have retained said profits and refused to distribute them to Plaintiffs as agreed.

24.  Plaintiffs now wish to settle their affair with said Defendants, and each of them, but are being denied access to the records relating to said agreements and profits and are hence, unable to determine their share of the profits with specificity.

25.  In an accounting by the parties, there will be found amounts owed to Plaintiffs well in excess of $1,000.000.00.

26.  An accounting is necessary to show the amount due to Plaintiff from Defendants, and the amounts due would be shown by an accounting.

27.  Prior to the commencement of this action, plaintiff demanded of defendants, access to the records of said company in order to do an accounting, but defendant has not been permitted access.

WHEREFORE, plaintiff prays judgment against defendants and each of them, as hereinafter set forth.

<u>SECOND CAUSE OF ACTION</u>
(Breach of Contract)

28.  Plaintiffs incorporate herein by reference as if fully set forth each and every allegation

of the preceding paragraphs of this Complaint.

29.     Beginning in 2013 and continuing through 2014, Plaintiffs and Defendants Michelle Baron, and Tracey Baron entered into various agreements as outlined in Exhibit A with respect to the acquisition and development of certain real property as set forth in Exhibit A.

30.     All of the conditions to be performed on the part of plaintiffs under the provisions of the aforementioned agreements have been performed, waived or excused.

31.     Said Defendants had a duty to perform all provisions of the aforementioned agreement but have failed to do so in that they have withheld information and reports to Plaintiffs as required under said agreement and have failed to provide profits derived from the same, all in default and in breach of said agreement.

32.     As a direct and proximate result of the breach of contract by said Defendants, and each of them, plaintiffs have been injured in a sum representing amount unpaid, and payable and due plaintiffs pursuant to said contract, together with legal interest thereon from the date said payments should have been made under the terms of said agreement.

33.     As a further direct and proximate result of the breach of contract by said Defendants, Plaintiffs have suffered and will continue to suffer general, special and consequential damages in an amount to be determined according to proof at trial.

WHEREFORE, plaintiff prays judgment against defendants and each of them, as hereinafter set forth.

<u>THIRD CAUSE OF ACTION</u>

Page 7

(Quantum Meruit)

34.     Plaintiffs incorporate herein by reference as if fully set forth each and every allegation of the preceding paragraphs of this Complaint.

35.   By reason of the acts and omissions of defendants heretofore alleged, Defendants as indicated on Exhibit A, and each of them, made representations which were reasonably understood by Plaintiffs to be an expectation that they would received compensation from said Defendants.  The parties, by their conduct, have formed a relationship which is contractual in nature, even though an enforceable contract may never have been created.

36.   Said expectation was reasonable on the part of Plaintiffs.

37.    Plaintiffs relied on said representations to their detriment and incurred costs and expenses by reason thereof.

38.   Said reliance was reasonable.

39.   Said Defendants had a duty to provide compensation to Plaintiffs and have failed to do so, all in default and in breach of their understanding and expectations.

40.     As a direct and proximate result of said conduct by said Defendants, and each of them, plaintiffs have been injured in a sum representing amount unpaid, and payable and due plaintiffs pursuant to said contract, together with legal interest thereon from the date said payments should have been made under the terms of said agreement.

41.     As a further direct and proximate result of said conduct by said Defendants, Plaintiffs

have suffered and will continue to suffer general, special and consequential damages in an amount to be determined according to proof at trial.

WHEREFORE, plaintiff prays judgment against defendants and each of them, as hereinafter set forth.

### FOURTH CAUSE OF ACTION
(Unjust Enrichment)

42.     Plaintiffs incorporate herein by reference as if fully set forth each and every allegation of the preceding paragraphs of this Complaint.

43.   By reason of the acts and omissions of defendants as set forth in Exhibit A, heretofore alleged, Defendants, and each of them made representations which were reasonably understood by Plaintiffs to be an expectation that they would received compensation from said Defendants.  Said acts and omissions of Defendants, and each of them, evidence an obligation imposed by law to do justice even though it is clear that no promise was ever made or intended.

44.     The acts of Plaintiffs were reasonable.

45.     Said Defendants had a duty to provide compensation to Plaintiffs and have failed to do so, all in default and in breach of their understanding and expectations.

46.     As a direct and proximate result of said conduct by said Defendants, and each of them, plaintiffs have been injured in a sum representing amount unpaid, and payable and due plaintiffs pursuant to said contract, together with legal interest thereon from the date said payments should have been made under the terms of said agreement.

47.     As a further direct and proximate result of said conduct by said Defendants, Plaintiffs have suffered and will continue to suffer general, special and consequential damages in an amount to be determined according to proof at trial.

WHEREFORE, plaintiff prays judgment against defendants and each of them, as hereinafter set forth.

<u>FIFTH CAUSE OF ACTION</u>
(Detrimental Reliance)

48.     Plaintiffs incorporate herein by reference as if fully set forth each and every allegation of the preceding paragraphs of this Complaint.

49.   By reason of the acts and omissions of defendants as set forth in Exhibit A, heretofore alleged, said Defendants, and each of them made representations which were reasonably understood by Plaintiffs to be an expectation that they would received compensation from said Defendants.

50.     The Plaintiffs relied on said representations and said reliance on said representations of said Defendants by Plaintiffs was reasonable.

51.     By reason of said representations, said Defendants had a duty to provide compensation to Plaintiffs and have failed to do so, all in default and in breach of their understanding and expectations.

52.     As a direct and proximate result of said conduct by said Defendants, and each of them, plaintiffs have been injured in a sum representing amount unpaid, and payable and due plaintiffs pursuant to said contract, together with legal interest thereon from the date said payments

should have been made under the terms of said agreement.

53.     As a further direct and proximate result of said conduct by said Defendants, Plaintiffs have suffered and will continue to suffer general, special and consequential damages in an amount to be determined according to proof at trial.

WHEREFORE, plaintiff prays judgment against defendants and each of them, as hereinafter set forth.

## SIXTH CAUSE OF ACTION
(Constructive Trust)

54.     Plaintiffs incorporate herein by reference as if fully set forth each and every allegation of the preceding paragraphs of this Complaint.

55.   By reason of the acts and omissions of defendants as set forth in Exhibit A, heretofore alleged, said Defendants, and each of them held funds rightfully belonging to Plaintiffs.

56.  Said defendants invested said funds belonging to Plaintiffs in various items and parcels of real estate.

57.   Because said investments were made with the funds belonging to Plaintiffs, said investments were made, by operation of law, on behalf of Plaintiffs and for their benefit.

58.  Said actions constitute a constructive trust for the benefit of Plaintiffs and all proceeds from said investments are made for the benefit of, and on behalf of Plaintiffs.

59.  Plaintiffs request that the Court acknowledge the existence of said construction trust and declare any and all proceeds of the same to be the property of Plaintiffs.

WHEREFORE, plaintiff prays judgment against defendants and each of them, as hereinafter set forth.

## SEVENTH CAUSE OF ACTION
(Conversion)

60.     Plaintiffs incorporate herein by reference as if fully set forth each and every allegation of the preceding paragraphs of this Complaint.

61.     By reason of the acts and omissions of defendants as set forth in Exhibit A, heretofore alleged, Defendants, and each of them held funds rightfully belonging to Plaintiffs.

62.     Said Defendants have converted said funds to their own use without the consent of Plaintiffs and without the intent to deliver said funds, nor the investments procured by said funds to Plaintiffs.

63.     Said Defendants have refused to surrender said property, on demand. to Plaintiffs, who are  entitled to lawful possession thereof.

64.     Said actions constitute a conversion of said funds belonging to Plaintiffs.

65.     As a direct and proximate result of said conduct by said Defendants, and each of them, plaintiffs have been injured in a sum representing amount unpaid, and payable and due plaintiffs pursuant to said contract, together with legal interest thereon from the date said payments should have been made under the terms of said agreement.

66.     As a further direct and proximate result of said conduct by said Defendants, Plaintiffs have suffered and will continue to suffer general, special and consequential damages in an amount

to be determined according to proof at trial.

67.   By reason of the acts and omissions of defendants hereinafter alleged, and each of them, were willful, malicious and oppressive and were undertaken in disregard of their fiduciary and quasi-fiduciary obligations and with a conscious disregard for the rights, feelings, interests and health of plaintiffs with the intent to vex, injure and annoy plaintiffs such as to constitute oppression, fraud and/or malice.

WHEREFORE, plaintiff prays judgment against defendants and each of them, as hereinafter set forth.

EIGHTH CAUSE OF ACTION
(Breach of Fiduciary Duty)

68.   Plaintiffs incorporate herein by reference as if fully set forth each and every allegation of the preceding paragraphs of this Complaint.

69.   By reason of the acts and omissions of Defendant Tracey Baron, heretofore alleged, said Defendants, and each of them stand in a fiduciary relationship with Plaintiffs.

70.   Said fiduciary relationship includes the duty of full disclosure to Plaintiffs and the duty to handle their funds with care and to guard against injury or damage to Plaintiffs.

71.   Said Defendants, and each of them have breached said duty in failing to provide Plaintiffs with information and reports concerning their assets and investments and in injuring and damaging Plaintiffs by not providing them with the profits from their investments.

72.   As a direct and proximate result of said conduct by said Defendants, and each of

them, plaintiffs have been injured in a sum representing amount unpaid, and payable and due plaintiffs pursuant to said contract, together with legal interest thereon from the date said payments should have been made under the terms of said agreement.

73.     As a further direct and proximate result of said conduct by said Defendants, Plaintiffs have suffered and will continue to suffer general, special and consequential damages in an amount to be determined according to proof at trial.

74.   By reason of the acts and omissions of defendants hereinafter alleged, and each of them, were willful, malicious and oppressive and were undertaken in disregard of their fiduciary and quasi-fiduciary obligations and with a conscious disregard for the rights, feelings, interests and health of plaintiffs with the intent to vex, injure and annoy plaintiffs such as to constitute oppression, fraud and/or malice.

A JURY TRIAL IS DEMANDED.

WHEREFORE, plaintiff prays judgment against defendants and each of them, as hereinafter set forth:

1.   For access to all of the business records of the various businesses and investments between the parties and any part of them;

2.   For an accounting with respect to the same;

3.   For payment of such sums which are due and owing from the same according to proof, and in any event in excess of $1,000,000.00;

4.    For contract damages according to proof at trial, and in excess of the jurisdictional

minimum and in any event in excess of $1,000,000.00, plus interest thereon at the applicable

rate, together with attorneys' fees, and costs which are properly awardable;

5.   For an award of general damages according to proof at trial;

6.   For an award of special damages according to proof at trial;

7.   For prejudgment interest on the damages alleged herein as permitted by law;

8.   For attorneys' fees;

9.   For punitive and exemplary damages according to proof;

10.   For cost of suit; and,

11.   For such other and further relief as the court deems proper.

Dated:  November 17, 2015

Law Office of Steven W. Shaw

_____

Post Office Box 54840
Provo, Utah 84605
Tel 702-292-1624
Email steve@shawlaw.biz

RECAP OF PRINCIPLE, RENTS AND INTEREST DUE TO DEEM REALTY FUNDING, INC and DARRELL's IRA ACCOUNTS

FROM RENX GROUP, LLC and TURNING LEAF HOMES, LLC AS OF November 16, 2015

NOTE: ALL LOANS ARE SERIOUSLY PAST DUE

NOTE: DUE TO INCOMPLETE RECORDS FROM RENX AND TLH SOME ADJUSTMENTS MAY BE NECESSARY FOR A FINAL ACCOUNTING

SERVICE CHARGE / INTEREST is being charged at 1.5% per month per contracts on unpaid balance on the principle and on rents not paid.

**PLAINTIFF PARTIES INVOLVED:**

| | |
|---|---|
| DJ PROPERTYSOLUTIONS, LLC | David and Janine Law - member managers Utah Limited Liability Company |
| DEEM REALTY FUNDING, INC | Darrell Deem - President Utah Corporation |
| DAVID LAW's IRA ACCOUNT | David Law's Self Directed ROTH IRA Account #11396 |
| JANINE LAW's IRA ACCOUNT | Janine Law's Self Directed ROTH IRA Account #12075 |
| DARRELL DEEM's IRA ACCOUNT | Darrell Deem's Self Directed ROTH IRA Account #14459 |
| RCLM, LLC | Rick and Lea Lofton were member managers of this Oregon LLC. LLC has been desolved and contracts assigned to DJ Property Solutions, LLC |

**DEFENDANTS INVOLVED:**

| | |
|---|---|
| TRACEY BARON | Principle member manager and operator of all entities |
| MICHELLE BARON | Principle and member manager Baron companies |
| BIG BLUE CAPITAL, LLC | Oregon Limited Liability Company |
| TURNING LEAF HOMES, LLC | Oregon Limited Liability Company |
| RENX GROUP, LLC | Oregon Limited Liability Company |
| RENX GROUP II, LLC | Oregon Limited Liability Company |
| CRIMSON INVESTMENT GROUP, LLC | Oregon Limited Liability Company |
| RENX GROUP ILLINOIS, LLC | Illinois Limited Liability Company |

**PLAINTIFF DEMAND:**

| | | |
|---|---|---|
| DJ PROPERTY SOLUTIONS, LLC AND BOTH IRA ACCOUNTS ARE OWED APPROXIMATELY | $527,254 | DUE AND PAYABLE NOW |
| DEEM REALTY FUNDING AND DARRELL'S IRA ACCOUNT IS OWED APPROXIMATELY | $428,909 | DUE AND PAYABLE NOW |
| SHARE OF PROFITS AT 30% FOR ALL PROPERTIES IS ESTIMATED TO BE: | $1,081,068 | PROJECTED PROFITS PAYMENT DATE TO BE DETERMINED AT TRIAL |
| PROFITS TO BE SPLIT PER CONTRACT BETWEEN ABOVE ENTITIES | | |

Page 1 of 5

EXHIBIT A, PAGE 1

## LOAN TRACKING DETAILS

| Property | Loan # | Borrower | Amount / Contract Date | $ Per Contract | Total Principle Paid to Date | Date of Last Pymt / Amount of Last Pymt | Principle Balance Due | Monthly Interest Due On Principle | Number of Months Of Unpaid Interest | Total Interest Due On Principle | Monthly Rent Due / Months Not Paid | Total Rent Due | Interest On Rents Not Paid | Zillow Value | Share of Profits Percentage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DEEM REALTY FUNDING, INC LOANS** | | | | | | | | | | | | | | | |
| **444 Bridge St Fairview** Deem Realty Funding DI Property Solutions TLH | 33 | | $4,500 / $4,500 — 12/15/14 | Rent is $1000 11 months @ 80% | $0.00 | $0.00 | $4,500.00 | $67.50 | 11 | $675.00 | $100.00 / 5 | | | $290,435.00 | 15% |
| **640 E. Main Carlton OR** Deem Realty Funding DI Property Solutions TLH | 25 | | $10,000 / $10,000 — 8/18/14 | 12 Fixed payments $833.33 each Rent Is $1700 | $5,000.04 | 1/21/15 / $833.33 | $4,999.96 | $75.00 | 10 | $749.99 | $170.00 / 4 | $680.00 | $10.20 | $1,160,000.00 | 15% |
| **751 Nicole Dr West Linn** Deem Realty Funding DI Property Solutions TLH | 34 | | $3,000 / $3,000 — 12/12/14 | Rent is $1250 6 months @ 80% | $500.00 | 1/20/15 / $500.00 | $2,500.00 | $37.50 | 11 | $412.50 | $125.00 / 5 | $625.00 | $9.38 | $528,135.00 | 15% |
| **821 N 1st Ave Hillsboro** Deem Realty Funding DI Property Solutions RENX | 20 | | $4,500 / $4,500 — 5/16/14 | 8 Months 20% or rents Rent is $1,000 | $4,500.00 | 1/23/15 / $562.50 | $0.00 | $0.00 | 0 | $0.00 | $100.00 / 10 | $1,000.00 | $15.00 | $338,580.00 | 15% |
| **1431 Larsen Ln (IL)** Deem Realty Funding David APS BBC | 4 | | $9,000 / $9,000 — 7/29/13 Fixed | 8 months Rent is $2750 | $9,000.00 | 4/14/14 / $1,000.00 | $0.00 | $0.00 | 0 | $0.00 | $275.00 / 19 | $5,225.00 | $78.38 | $560,160.00 | 15% |
| **2775 SW 107th Ave** Deem Realty Funding DI Property Solutions TLH | 37 | | $5,250 / $5,250 — 12/30/14 | $1,500 8 months Balloon July 10 | $0.00 | $0.00 | $5,250.00 | $78.75 | 11 | $866.25 | $150.00 / 3 | $450.00 | $6.75 | $691,094.00 | 15% |
| **3522 Summit Pt Forest Gv** Deem Realty Funding DI Property Solutions TLH | 27 | | $8,200 / $8,200 — 9/2/14 | 8 Fixed payments of $1025 each Rent is $2500 | $5,125.00 | 1/21/15 / $1,025.00 | $3,075.00 | $46.13 | 10 | $461.25 | $250.00 / 7 | $1,750.00 | $26.25 | $651,286.00 | 15% |
| **3530 Summit Pt Forest Gv** Deem Realty Funding DI Property Solutions TLH | 28 | | $7,450 / $7,450 — 9/2/14 | 8 Fixed payments of $931.25 each Rent is $2500 | $3,725.00 | 12/24/14 / $931.25 | $3,725.00 | $55.88 | 11 | $614.63 | $250.00 / 7 | $1,750.00 | $26.25 | $697,090.00 | 15% |
| **4207 SE 73rd Ave** Deem Realty Funding DI Property Solutions TLH | 35 | | $2,250 / $2,250 — 12/15/14 | Rent is $1200 4.69 months @ 80 | $0.00 | $0.00 | $2,250.00 | $33.75 | 11 | $371.25 | $120.00 / 11 | $1,320.00 | $19.80 | $321,620.00 | 15% |
| **5631 SE Belmont St Ptld** Deem Realty Funding DI Property Solutions TLH | 38 | | $2,750 / $2,750 — 12/17/14 | No payments for 12 months | No rents. All principle due 12/17/15 with 12% interest - default rate is 1.5% per month — $0.00 | $0.00 | $2,750.00 | $0.00 | 0 | $0.00 | $0.00 / 0 | $0.00 | $0.00 | $1,106,849.00 | 15% |
| **5879 NW Lark Meadow** Deem Realty Funding David APS RENX | 14 | | $5,750 / $5,750 — 1/14/14 $1500 per mo. | 8 months | $5,750.00 | 1/20/15 / $180.00 | $0.00 | $0.00 | 0 | $0.00 | $180.00 / 10 | $1,800.00 | $27.00 | $449,856.00 | 15% |
| **6727 SE Oakridge Dr** Deem Realty Funding DI Property Solutions TLH | 29 | | $6,000 / $6,000 — 9/9/14 | 8 Fixed payments $750 Rent is $1600 | $3,000.00 | 12/24/14 / $750.00 | $3,000.00 | $45.00 | 11 | $495.00 | $160.00 / 7 | $1,120.00 | $16.80 | $279,814.00 | 15% |

EXHIBIT A, PAGE 2

## DEEM REALTY FUNDING, INC LOANS

| # | Property | Lender / Borrower | Code | Amount | Date / Terms | Notes | Paid | Principle | Int | Mo | Int Amt | Monthly / # | Rents | Int | Total | % |
|---|----------|-------------------|------|--------|--------------|-------|------|-----------|-----|----|---------|-------------|-------|-----|-------|---|
| 31 | 7155 SW 189th | Deem Realty Funding, Inc / DJ Property Solutions, LLC | TLH | $6,000 / $6,000 | 9/11/14 Fixed $750 8 months Rent is $1600 | | $3,750.00 · 1/21/15 $750.00 | $2,250.00 | $33.75 | 10 | $337.50 | $160.00 / 7 | $1,120.00 | $16.80 | $333,212.00 | 15% |
| 22 | 7320 SW Frog Pond Ln | Deem Realty Funding / DJ Property Solutions | RENX | $4,000 / $4,000 | 7/10/14 8 months Rent is $3000 | Started counting interest January 1 2015 | $0.00 · $0.00 | $4,000.00 | $60.00 | 11 | $660.00 | $300.00 / 11 | $3,300.00 | $49.50 | $486,912.00 | 15% |
| 18 | 7582 N Burlington | Deem Realty Funding / DJ Property Solutions | TLH | $5,750 / $5,750 | 4/29/14 Fixted for 8 then 20% Rent is $1550 | | $5,750.00 · $155.00 | $0.00 | $0.00 | 0 | $0.00 | $155.00 / 10 | $1,550.00 | $23.25 | $255,850.00 | 15% |
| 10 | 12761 SW 133rd Ave | Deem Realty Funding / DJ Property Solutions | RENX | $3,000 / $3,000 | 4/28/14 1000per month 8 Months Rent is $1000 | | $3,000.00 · 1/23/15 $80.00 | $0.00 | $0.00 | 0 | $0.00 | $100.00 / 10 | $1,000.00 | $15.00 | $376,671.00 | 15% |
| 36 | 16269 NE Eugene Ct Ptld | Deem Realty Funding / DJ Property Solutions | TLH | $2,500 / $2,500 | 12/15/14 $1,200 6 months | | $0.00 · $0.00 | $2,500.00 | $37.50 | 11 | $412.50 | $120.00 / 5 | $600.00 | $9.00 | $371,172.00 | 15% |
| 26 | 16394 SW Hoops Tigard | Deem Realty Funding / DJ Property Solutions | TLH | $6,000 / $6,000 | 8/18/14 8 months Rent is $1700 | Missed Nov 2014 | $1,500.00 · 12/24/14 $750.00 | $4,500.00 | $67.50 | 12 | $810.00 | $170.00 / 6 | $1,020.00 | $15.30 | $500,095.00 | 15% |
| 17 | 18825 NE Hoyt CT Portla | Deem Realty Funding / DJ Property Solutions | RENX | $5,000 / $5,000 | 4/28/14 $1000 per month 8 months | | $3,750.00 · 12/24/14 $625.00 | $1,250.00 | $18.75 | 13 | $243.75 | $100.00 / 11 | $1,100.00 | $16.50 | $240,000.00 | 15% |
| 39 | 18797 Blueridge Dr Oregon | Deem Realty Funding / DJ Property Solutions | TLH | $2,250 / $2,250 | 12/17/14 No rents No payments | All principle due 12/17/15 with 12% interest default is 1.5% per month | $0.00 · $0.00 | $2,250.00 | | | | $0.00 | | | $285,069.00 | 15% |
| 24 | 19581 Hummingbird Loop | Deem Realty Funding / DJ Property Solutions | TLH | $4,000 / $4,000 | 7/24/14 $500 per month 8 months Rent is $1600 | missed Oct and Nov 2014 | $1,500.00 · 1/20/15 $500.00 | $2,500.00 | $37.50 | 13 | $487.50 | $160.00 / 8 | $1,280.00 | $19.20 | $275,361.00 | 15% |
| 19 | 21565 Firwood Sandy OR | Deem Realty Funding / DJ Property Solutions | TLH | $4,750 / $4,750 | 5/5/14 8 months rent is $1700 | | $4,750.00 · 1/21/15 $599.75 | $0.00 | $0.00 | 0 | $0.00 | $170.00 / 10 | $1,700.00 | $25.50 | $400,251.00 | 15% |
| 30 | 35727 SE Douglas Rd | Deem Realty Funding / DJ Property Solutions | TLH | $6,750 / $6,750 | 9/10/14 8 months rent is $2000 | | $3,375.00 · 1/21/15 $843.75 | $3,375.00 | $50.63 | 10 | $506.25 | $200.00 / 7 | $1,400.00 | $21.00 | $426,905.00 | 15% |
| 23 | 52055 SE Icenogle Scappoos | Deem Realty Funding / DJ Property Solutions | RENX | $3,750 / $3,750 | 7/10/14 8 months Rent is $1300 | | $2,812.50 · 1/23/15 $468.75 | $937.50 | $14.06 | 10 | $140.63 | $130.00 / 8 | $1,040.00 | $15.60 | $311,725.00 | 15% |

**Totals of Deem Realty Funding loans only**

| Principle | Interest | Rents Due | Interest |
|-----------|----------|-----------|----------|
| $55,612.46 | $8,243.99 | $30,830.00 | $462.45 |

Page 3 of 5

EXHIBIT A, PAGE 3

## 18901 JOINT VENTURE

18901 Hilltop Rd.
Lake Oswego, OR 97035
Deem Realty Funding
DJ Property Solutions

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| JV2 | $1,250 | 12/18/13 | 50% of rents Rent is $2500 | $0.00 | 5/11/15 $1,250.00 | $3,727.06 less | 23 months x $3,727.06 = $85,722.43 $85,722.43 $64,472.43 $21,250.00 paid $1,250 monthly from Jan 2014 to May 2015 17 months $64,472.43 | | 15% | $726,541.00 |

| | Principle | Interest | Rents Due | Interest |
|---|---|---|---|---|
| | $248,470.80 | $64,472.43 | $0.00 | $0.00 |
| **Totals Deem Portion of 18901 Joint Venture** | $248,470.80 | $64,472.43 | $0.00 | $0.00 |

## IRA LOANS

APS is AMERICAN PENSION SERVICES

David's IRA is #11396   Janine's IRA is #12075   Darrell's IRA is #14459

**OREGON and ILLINOIS PROPERTIES**

| Property | # | Entity | Date | Amt | Principle | Date2 | Amt2 | # mo | Interest | Rents Due | Interest | # | Amount | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **3004 62nd** Darrell APS / David APS | 3 | 7/23/13 80% of rents # of months 9 Rent is $1200 | | $4,250 $4,250 | $4,250.00 for Dec 2014 | 1/20/15 | $120.00 | 0 | $0.00 | $0.00 $120.00 | $1,320.00 $19.80 | 11 | $488,496.00 | 15% |
| **17646 Corona Ln** Darrell APS / David APS | 5 | 9/17/13 Fixed 8 months Rent is $1200 BBC | | $6,000 $6,000 | $0.00 | 1/20/15 | $120.00 | 0 | $0.00 | $0.00 $120.00 | $1,200.00 $18.00 | 10 | $280,094.00 | 15% |
| **11334 Kimball Ct** Darrell APS / David APS | 9 | 12/2/13 $1250 per mo. 8 months Rent is $1250 BBC | | $5,750 $5,750 | $0.00 | 1/20/15 | $250.00 | 0 | $0.00 | $0.00 $125.00 | $1,250.00 $18.75 | 10 | $474,183.00 | 15% |
| **8965 Oxbow Terrace** Darrell APS / David APS | 16 | 2/13/14 8 months RENX | | $5,250 $5,250 | $0.00 | 1/20/15 | $120.00 | 0 | $0.00 | $0.00 $0.00 | $0.00 $0.00 | 0 | $320,000.00 | 15% |
| **1701 Baltimore (IL)** Darrell APS / David APS | 6 | 9/20/13 $1800 per mo. 8 months Rent is $1800 BBC | | $8,500 $8,500 | $0.00 | 9/16/14 | $180.00 | 0 | $0.00 | $0.00 $180.00 | $2,520.00 $37.80 | 14 | $369,395.00 | 15% |
| **3547 Dearborn St (IL)** Darrell APS / David APS | 7 | 9/25/13 $ per month 8 months Rent is $2300 BBC | | $8,500 $8,500 | $0.00 | 10/20/14 | $230.00 | 0 | $0.00 | $0.00 $230.00 | $2,990.00 $44.85 | 13 | $527,612.00 | 15% |
| **1490 Falcon Ln (IL)** Darrell APS / Janine APS | 15 | 2/11/14 $1,034 8 months Rent is $2800 RENX | | $7,250 $7,250 $1,200 | $6,216.00 $93.24 | 4/14/14 $1,034.00 | $1,771.56 | 19 | | $280.00 | $3,360.00 $50.40 | 12 | $373,114.00 | 15% |

| | Principle | Interest | Rents Due | Interest |
|---|---|---|---|---|
| **Totals for DEEM IRA loans only** | $6,216.00 | $1,771.56 | $12,640.00 | $189.60 |

| | Principle | Interest |
|---|---|---|
| Totals due DIPS | $55,612.46 | $8,243.99 |
| Totals due DEEM for 18901 JOINT VENTURE | $248,470.80 | $64,472.43 |
| Totals due DEEM IRA Accounts | $6,216.00 | $1,771.56 |
| Totals for all accounts | $310,299.26 | $74,487.98 |

Grand Totals of principle, interest, rents due and interest is: **$428,909.29**

## SUMMARY OF ALL LOAN BALANCES BEFORE 30% SHARE OF PROFITS

| | Rents Due | Interest |
|---|---|---|
| Totals Due Deem Realty Funding, Inc. | $30,830.00 | $462.45 |
| Totals Due DEEM for 18901 JOINT VENTURE | $0.00 | $0.00 |
| Totals Due DEEM IRA Accounts | $12,640.00 | $189.60 |
| Totals for all accounts | $43,470.00 | $652.05 |

TOTAL CURRENT DEBT OWED PRIOR TO 30% SHARE OF PROFITS

EXHIBIT A, PAGE 4

## SHARE OF PROFITS -- DESCRIPTION AND ESTIMATES

A. Most contract terms included sharing 30% the profits at settlement.

B. Settlement is when the home is sold to an end buyer who is paying fair market value for the home after repairs.

C. The profit or spread is based on the sales price less commissions, title fees and insurance, actual repairs, utilities & insurance, cost of money and acquisition (amount to pay off liens/mortgages).

E. NOT TO BE INCLUDED IN CALCULATION: Original purchase amount for deed that was subject to all liens and encumbrances, repairs to rent or property management fees.

F. RENTAL INCOME: was to cover all legal expenses, repayment of loan to buy deed and then 20% of rents to lenders, management and repairs.

D. EXAMPLE: $46,500 gross profit after expenses x 30% = $13,950 to be paid as share of profits

| | |
|---|---|
| $330,000 | Sales price to end buyer |
| -$16,500 | Commissions at 5% of sales price |
| -$3,000 | Title fees and insurance to close |
| -$50,000 | Repair expenses, contractor expenses, supplies and materials, permits etc |
| -$2,000 | Utilities and insurance |
| -$12,000 | Cost of money for loan to pay off lien holders or the Sheriff's sale |
| -$200,000 | Acquisition of home - Sheriff's Sale Deed |
| $46,500 | Gross profit |
| x .30 | 30% of gross profit |
| $13,950 | Amount due as lender share of profits per contracts |

### Recent Examples of Home Sales

**8965 Oxbow Terrace**
**Beaverton Oregon 97008**

| | | |
|---|---|---|
| $320,000.00 | Sales price | |
| -$16,000.00 | Commissions | |
| -$3,000.00 | Title fees and insurance | |
| -$73,040.56 | Rehab Expenses | |
| -$13,982.21 | Cost of money - interest and points | |
| -$162,441.88 | Acquisition of home - Sheriff's Sale Deed | |
| $51,535.35 | Gross Profit | |
| x .30 | 30% share | |
| $15,460.61 | 30% Due to lenders | Equals 4.83 percent of sales price |

**28312 SW Morgan Court**
**Wilsonville, OR 97070**

| | | |
|---|---|---|
| $240,000.00 | Sales price | |
| $0.00 | Commissions | |
| -$2,000.00 | Title fees and insurance | |
| -$5,000.00 | Rehab Expenses | |
| -$12,169.13 | Cost of money | |
| -$175,000.00 | Acquisition of home - bank approval | |
| $45,830.87 | Gross Profit | |
| x .30 | 30% share to investor lender | |
| $13,749.26 | 30% Due to lenders | Equals 5.7% of sales price |

**1607 Pine Street**
**Lake Oswego, OR 97034**

| | | |
|---|---|---|
| $620,000.00 | Sales price | Estimates - should be close to actual - sale has not closed but should soon |
| $0.00 | Commissions | |
| -$4,000.00 | Title fees and insurance | |
| -$20,000.00 | Rehab Expenses | |
| $0.00 | Cost of money | |
| -$485,000.00 | Acquisition of home - bank approval | |
| $111,000.00 | Gross Profit | |
| x .30 | 30% share to investor lender | |
| $33,300.00 | 30% Due to lenders | Equals 5.6% of sales price |

Based on the examples shown above, the profit share at 30% of the gross profit is greater than 5% of the sales price.
Considering that many of the properties have development potential and our intention was to increase values
by developing those properties in order to maximize profits then settling for 5% of current Zillow values is conservative.
Zillow values are based on normal conditions, intention was to remodel the homes to increase value and maximize profits.

SEE PAGE 6 & 7 OF DJ PROPERTY SOLUTIONS WORKSHEET
TO SEE CONSERVATIVE SETTLEMENT AMOUNT.

EXHIBIT A, PAGE 5

**RECAP OF PRINCIPLE, RENTS AND INTEREST DUE TO DJ PROPERTY SOLUTIONS, LLC AND DAVID and JANINE LAW's IRA ACCOUNTS**

**FROM RENX GROUP, LLC and TURNING LEAF HOMES, LLC AS OF November 16, 2015**

**NOTE: ALL LOANS ARE SERIOUSLY PAST DUE**

**NOTE: DUE TO INCOMPLETE RECORDS FROM RENX AND TLH SOME ADJUSTMENTS MAY BE NECESSARY FOR A FINAL ACCOUNTING**

**SERVICE CHARGE / INTEREST is being charged at 1.5% per month per contracts on unpaid balance on the principle and on rents not paid.**

| PLANTIFF PARTIES INVOLVED: | |
|---|---|
| DJ PROPERTYSOLUTIONS, LLC | David and Janine Law - member managers Utah Limited Liability Company |
| DEEM REALTY FUNDING, INC | Darrell Deem - President Utah Corporation |
| DAVID LAW's IRA ACCOUNT | David Law's Self Directed ROTH IRA Account #11396 |
| JANINE LAW's IRA ACCOUNT | Janine Law's Self Directed ROTH IRA Account #12075 |
| DARRELL DEEM's IRA ACCOUNT | Darrell Deem's Self Directed ROTH IRA Account #14459 |
| RCLM, LLC | Rick and Lea Lofton were member managers of this Oregon LLC.  LLC has been desolved and contracts assigned to DJ Property Solutions, LLC |

| DEFENDANTS INVOLVED: | |
|---|---|
| TRACEY BARON | Principle member manager and operator of all entities |
| MICHELLE BARON | Principle and member manager Baron companies |
| BIG BLUE CAPITAL, LLC | Oregon Limited Liability Company |
| TURNING LEAF HOMES, LLC | Oregon Limited Liability Company |
| RENX GROUP, LLC | Oregon Limited Liability Company |
| RENX GROUP II, LLC | Oregon Limited Liability Company |
| CRIMSON INVESTMENT GROUP, LLC | Oregon Limited Liability Company |
| RENX GROUP ILLINOIS, LLC | Illinois Limited Liability Company |

| PLANTIFF DEMAND: | | |
|---|---|---|
| DJ PROPERTY SOLUTIONS, LLC AND BOTH IRA ACCOUNTS ARE OWED APPROXIMATELY | $527,254 | DUE AND PAYABLE NOW |
| DEEM REALTY FUNDING AND DARRELL'S IRA ACCOUNT IS OWED APPROXIMATELY | $428,909 | DUE AND PAYABLE NOW |
| SHARE OF PROFITS AT 30% FOR ALL PROPERTIES IS ESTIMATED TO BE: | $1,081,068 | PROJECTED PROFITS PAYMENT DATE TO BE DETERMINED AT TRIAL |
| PROFITS TO BE SPLIT PER CONTRACT BETWEEN ABOVE ENTITIES | | |

Page 1 of 7

EXHIBIT A, PAGE 6

2

## LOAN TRACKING DETAILS

| Property | Borrower | Loan # | Amount / Contract Date | $ Per Contract Date | Total Principle Paid to Date | Date of Last Pymt / Amount of Last Pymt | Principle Balance Due | Monthly Interest Due On Principle | Number of Months Of Unpaid Interest | Total Interest Due On Principle | Monthly Rent Due / Months Not Paid | Total Rent Due | Interest On Rents Not Paid | Zillow Value | Share of Profits Percentage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DJ PROPERTY SOLUTIONS, LLC LOANS** | | | | | | | | | | | | | | | |
| **444 Bridge St Fairview** DJ Property Solutions Deem Realty Funding | TLH | 33 | $4,500 / $4,500 12/15/14 | Rent is $1000 11 months @ 80% | $0.00 | $0.00 / $0.00 | $4,500.00 | $67.50 | 11 | $675.00 | $100.00 / 5 | | | $290,435.00 | 15% |
| **640 E. Main Carlton OR** DJ Property Solutions Deem Realty Funding | TLH | 25 | $10,000 / $10,000 8/18/14 | 12 Fixed payments $833.33 each Rent is $1700 | $5,000.04 | 1/21/15 / $833.33 | $4,999.96 | $75.00 | 10 | $749.99 | $170.00 / 4 | $680.00 | $10.20 | $1,160,000.00 | 15% |
| **751 Nicole Dr West Linn** DJ Property Solutions Deem Realty Funding | TLH | 34 | $3,000 / $3,000 12/12/14 | Rent is $1250 6 months @ 80% | $500.00 | 1/20/15 / $500.00 | $2,500.00 | $37.50 | 11 | $412.50 | $125.00 / 5 | $625.00 | $9.38 | $528,135.00 | 15% |
| **821 N 1st Ave Hillsboro** DJ Property Solutions Deem Realty Funding | TLH | 20 | $4,500 / $4,500 5/16/14 | 8 Months 20% or rents Rent is $1,000 | $4,500.00 | 1/23/15 / $562.50 | $0.00 | $0.00 | 0 | $0.00 | $100.00 / 10 | $1,000.00 | $15.00 | $338,580.00 | 15% |
| **2500 Park Dr.** DJ Property Solutions Turning Leaf Advisors | RENX | 13 | $7,500 / $7,500 1/11/14 | $1800 per month 7 months | $6,750.00 | 9/29/14 / $880.00 | $750.00 | $11.25 | 14 | $157.50 | $180.00 / 14 | $2,520.00 | $37.80 | $471,913.00 | 15% |
| **2775 SW 107th Ave** DJ Property Solutions Deem Realty Funding | RENX | 37 | $5,250 / $5,250 12/30/14 | $1,500 8 months Balloon July 10 | $0.00 | / $0.00 | $5,250.00 | $78.75 | 11 | $866.25 | $150.00 / 3 | $450.00 | $6.75 | $691,094.00 | 15% |
| **3522 Summit Pt Forest Gv** DJ Property Solutions Deem Realty Funding | TLH | 27 | $8,200 / $8,200 9/2/14 | 8 Fixed payments of $1025 each Rent is $2500 | $5,125.00 | 1/21/15 / $1,025.00 | $3,075.00 | $46.13 | 10 | $461.25 | $250.00 / 7 | $1,750.00 | $26.25 | $651,286.00 | 15% |
| **3530 Summit Pt Forest Gv** DJ Property Solutions Deem Realty Funding | TLH | 28 | $7,450 / $7,450 9/2/14 | 8 Fixed payments of $931.25 each Rent is $2500 | $3,725.00 | 12/24/14 / $931.25 | $3,725.00 | $55.88 | 11 | $614.63 | $250.00 / 7 | $1,750.00 | $26.25 | $697,090.00 | 15% |
| **4207 SE 73rd Ave** DJ Property Solutions Deem Realty Funding | TLH | 35 | $2,250 / $2,250 12/15/14 | Rent is $1200 4.69 months @ 80% | $0.00 | / $0.00 | $2,250.00 | $33.75 | 11 | $371.25 | $120.00 / 11 | $1,320.00 | $19.80 | $321,620.00 | 15% |
| **4925 SW Filbert Ave** DJ Property Solutions | BBC | A1 | First loan $11,000 1/30/13 | 80% of rents 20% of rents Rent is $2700 | $11,000.00 | 12/24/14 / $570.00 | $0.00 | $0.00 | 0 | $0.00 | $570.00 / 11 | $6,270.00 | $94.05 | $349,484.00 | 30% |
| **5631 SE Belmont St Ptld** DJ Property Solutions Deem Realty Funding | TLH | 38 | $2,750 / $2,750 12/17/14 | No rents No payments for 12 months | $0.00 | / $0.00 | $2,750.00 All principle due 12/17/15 with 12% interest - default rate is 1.5% per month | $0.00 | 0 | $0.00 | $0.00 / 0 | $0.00 | $0.00 | $1,105,849.00 | |

EXHIBIT A, PAGE 7

## DJ PROPERTY SOLUTIONS, LLC LOANS

| Property / Entity | # | Loan | Date | Terms | Notes | A | B | Cnt | C | D / # | E | F | Value | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **6727 SE Oakridge Dr** DJ Property Solutions / Deem Realty Funding — TLH | 29 | $6,000 / $6,000 | 9/9/14 | $750 / 8 Fixed payments / Rent is $1600 | | $3,000.00 | $45.00 | 11 | $495.00 | $160.00 / 7 | $1,120.00 | $16.80 | $279,814.00 | 15% |
| **6824-6826 N Rochester St** DJ Property Solutions — TLH | 21 | $10,000 / $1,750 | 7/11/14 | 8 Fixed @$1250 / $875 per side | | $6,250.00 / $1,250.00 | $56.25 | 11 | $618.75 | $175.00 / 8 | $1,400.00 | $21.00 | $295,505.00 | 30% |
| **7155 SW 189th** DJ Property Solutions, LLC / Deem Realty Funding, Inc — TLH | 31 | $6,000 / $6,000 | 9/11/14 | Fixed $750 / 8 months / Rent is $1600 | | $3,750.00 / $750.00 | $33.75 | 10 | $337.50 | $160.00 / 7 | $1,120.00 | $16.80 | $333,212.00 | 15% |
| **7320 SW Frog Pond Ln** DJ Property Solutions / Deem Realty Funding — TLH | 22 | $4,000 / $4,000 | 7/10/14 | 8 months / Rent is $3000 | Started counting interest January 1 2015 — $0.00 / $0.00 | $4,000.00 | $60.00 | 11 | $660.00 | $300.00 / 11 | $3,300.00 | $49.50 | $486,912.00 | 15% |
| **7582 N Burlington** DJ Property Solutions / Deem Realty Funding — RENX | 18 | $5,750 / $5,750 | 4/29/14 | Fixed for 8 then 20% | $155.00 | $5,750.00 | $0.00 | 0 | $0.00 | $155.00 / 10 | $1,550.00 | $23.25 | $255,850.00 | 15% |
| **8025 Scholls Ferry Rd** DJ Property Solutions Beaverton OR 97008 — TLH / BBC | A2 2nd loan | $11,000 | 1/30/13 | 80% of rents / 20% of rents / Rent is $1750 | | $11,000.00 / $330.00 | $0.00 | 0 | $0.00 | $330.00 / 10 | $3,300.00 | $49.50 | $245,302.00 | 30% |
| **9999 NE Worden** DJ Property Solutions — RENX | 12 | $16,000 | 1/20/14 | Rent is $2000 / 10 months | | $9,600.00 / $1,600.00 | $96.00 | 16 | $1,536.00 | $400.00 / 12 | $4,800.00 | $72.00 | $751,733.00 | 30% |
| **12761 SW 133rd Ave** DJ Property Solutions / Deem Realty Funding — RENX | 10 | $3,000 / $3,000 | 4/28/14 | 1000per month / 8 months / Rent is $1000 | | $3,000.00 / $80.00 | $0.00 | 0 | $0.00 | $100.00 / 10 | $1,000.00 | $15.00 | $376,671.00 | 15% |
| **13602 SE 154th Clackamas** DJ Property Solutions / Woffinden Legacy LLC | 32 | $6,000 / $6,000 | 9/16/14 | $750 per mo fixed / 8 months / Rent is $1450 | | $2,250.00 / $750.00 | $56.25 | 11 | $618.75 | $145.00 / 5 | $725.00 | $10.88 | $268,443.00 | 15% |
| **16269 NE Eugene Ct Ptld** DJ Property Solutions / Deem Realty Funding — TLH | 36 | $2,500 / $2,500 | 12/15/14 | $1,200 / 6 months | | $0.00 / $0.00 | $37.50 | 11 | $412.50 | $120.00 / 5 | $600.00 | $9.00 | $371,172.00 | 30% |
| **16394 SW Hoops Tigard** DJ Property Solutions / Deem Realty Funding — TLH | 26 | $6,000 / $6,000 | 8/18/14 | 8 months / Rent is $1700 | Missed Nov 2014 | $1,500.00 / $750.00 | $67.50 | 12 | $810.00 | $170.00 / 6 | $1,020.00 | $15.30 | $500,095.00 | 15% |
| **18825 NE Hoyt CT Portla** DJ Property Solutions / Deem Realty Funding — TLH | 17 | $5,000 / $5,000 | 4/28/14 | $1000 per month / 8 months | | $3,750.00 / $625.00 | $18.75 | 13 | $243.75 | $100.00 / 11 | $1,100.00 | $16.50 | $240,000.00 | 15% |
| **18797 Blueridge Dr Oregon** DJ Property Solutions / Deem Realty Funding — RENX | 39 | $2,250 / $2,250 | 12/17/14 | No rents / No payments | All principle due 12/17/15 with 12% interest default is 1.5% per month | $0.00 / $2,250.00 | $0.00 | | $0.00 | / 0.00 | $0.00 | | $285,069.00 | 15% |
| **19581 Hummingbird Loop** DJ Property Solutions / Deem Realty Funding — TLH | 24 | $4,000 / $4,000 | 7/24/14 | $500 per month / 8 months / Rent is $1600 | missed Oct and Nov 2014 | $2,500.00 / $500.00 | $37.50 | 13 | $487.50 | $160.00 / 8 | $1,280.00 | $19.20 | $275,361.00 | 15% |

EXHIBIT A, PAGE 8

Case 2:15-cv-00755-DS Document 12 Filed 11/17/15 Page 24 of 28

## DJ PROPERTY SOLUTIONS, LLC LOANS

| Property | No. | Terms | Funding | | Principle | Date | | | | Interest | | No. | Rents Due | Interest | Value | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21565 Firwood Sandy OR DJ Property Solutions Deem Realty Funding | 19 | 5/5/2014 8 months rent is $1700 | $4,750 $4,750 | TLH | $4,750.00 | 1/21/15 $593.75 | $0.00 | $0.00 | 0 | $0.00 | $170.00 | 10 | $1,700.00 | $25.50 | $400,251.00 | 15% |
| 35727 SE Douglas Rd DJ Property Solutions Deem Realty Funding | 30 | 9/10/2014 8 months rent is $2000 | $6,750 $6,750 | TLH | $3,375.00 | 1/21/15 $843.75 | $3,375.00 | $50.63 | 10 | $506.25 | $200.00 | 7 | $1,400.00 | $21.00 | $426,905.00 | 15% |
| 52055 SE Icenogle Scappoo DJ Property Solutions Deem Realty Funding | 23 | 7/10/2014 8 months Rent is $1300 | $3,750 $3,750 | RENX | $2,812.50 | 1/23/15 $468.75 | $937.50 | $14.06 | 10 | $140.63 | $130.00 | 8 | $1,040.00 | $15.60 | $311,725.00 | 15% |
| **Totals of DJPS loans only** | | | | | **Principle $70,262.46** | | | | | **Interest $11,174.99** | | | **Rents Due $42,820.00** | **Interest $642.30** | | |

## DJPS FEB 2014 JV — JOINT VENTURE ON SEVEN PROPERTIES

| Property | | Fund | Date | 50% of rents | Status | | Date / Principle | | Interest | No. | Rents Due | Interest | Value | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 235 NW Terrace Ln Prineville OR 97754 DJ Property Solutions | JV1 | Feb 2014 JV $718.75 | 2/13/14 | 50% of rents | Not rented | | $0.00 12/22/14 $56.25 | $718.75 $0.00 | $0.00 | $250.00 11 | $2,500.00 | $37.50 | $175,000.00 | 50% |
| 455 NE Blackbear ST Prineville OR 97754 DJ Property Solutions | JV 1 | Feb 2014 JV $718.75 | 2/13/14 | 50% of rents Rent is $750 | was Nov & Dec | | $0.00 12/22/14 $620.46 | $718.75 $0.00 | $0.00 | $250.00 11 | $2,500.00 | $37.50 estimate not on Zillow | $150,000.00 | 50% |
| 505 E 3rd Street Newberg OR DJ Property Solutions | JV1 | Feb 2014 JV $2,600 | 2/13/14 | 50% of rents Rent is $700 | | | $0.00 1/20/15 $350.00 | $2,600.00 $0.00 | $0.00 | $350.00 10 | $3,150.00 | $47.25 | $162,003.00 | 50% |
| 744 SE 164th Ave Portland OR 97233 DJ Property Solutions | JV1 | Feb 2014 JV $3,750 | 2/13/14 | 50% of rents Feb 1 2014 Rent is $1600 | | | $0.00 12/22/14 $185.00 | $3,750.00 $0.00 | $0.00 | $800.00 11 | $8,000.00 | $120.00 | $230,565.00 | 50% |
| 912 NW 12th St Prineville OR 97754 DJ Property Solutions | JV1 | Feb 2014 JV $718.75 | 2/13/14 | 50% of rents Not rented | boarded up | | $0.00 $718.75 | $0.00 $0.00 | $0.00 | $0.00 0 | $0.00 | $0.00 | $93,757.00 | 50% |
| 2473 N. Main Prineville OR 97754 DJ Property Solutions | JV1 | Feb 2014 JV $718.75 | 2/13/14 | 50% of rents Verify rent Rent is $800 | | | $0.00 12/22/14 ($165.27) | $718.75 $0.00 | $0.00 | $180.00 11 | $1,980.00 | $29.70 | $153,041.00 | 50% |
| 6818 NE Stanton St Portland OR 97213 DJ Property Solutions | JV1 | Feb 2014 JV $3,750 | 2/13/14 | 50% of rents March 1 2014 Rent is $1200 | | | $0.00 11/17/14 $874.73 | $3,750.00 $0.00 | $0.00 | $600.00 12 | $7,200.00 | $108.00 | $321,961.00 | 50% |
| **Totals for FEB 2014 JV Only** | | | | | | | **Principle $12,975.00** | | **Interest $0.00** | | **Rents Due $25,330.00** | **Interest $379.95** | | |

EXHIBIT A, PAGE 9

5

## 18901 JOINT VENTURE

| 18901 Hilltop Rd.<br>Lake Oswego, OR 97035<br>DJ Property Solutions<br>Deem Realty Funding | JV2 | $1,250 | 12/18/13 | 50% of rents<br>Rent is $2500 | | | | 15% |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |

23 months x $3,727.06 = $85,722.43
$85,722.43  $64,472.43
$21,250.00 paid $1,250 monthly from Jan 2014 to May 2015 17 months
$64,472.43

| **Totals for 18901 Joint Venture** | | | | | **Principle**<br>$248,470.80 | **Interest**<br>$64,472.43 | **Rents Due**<br>$0.00 | **Interest**<br>$0.00 | $726,541.00 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

## IRA LOANS

APS is AMERICAN PENSION SERVICES    David's IRA is #11396 Janine's IRA is #12075 Darrell's IRA is #14459 OREGON and ILLINOIS PROPERTIES

| | | | | | Principle<br>$248,470.80 | Interest<br>$64,472.43 | Rents Due<br>$0.00 | Interest<br>$0.00 | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **3413 Crescent**<br>David APS | 1 | $20,960 | 5/31/13 80% of rents<br># of months 12<br>Rent is $2200 | $20,960.00<br>for Dec 2014 | $0.00 | $0.00 | $440.00<br>11 | $72.60 | $698,969.00 |
| | | | BBC | 1/8/15<br>$440.00 | | | $4,840.00 | | 30% |
| **21255 NE Shore Dr**<br>David APS | 2 | $13,500 | 5/31/13 80% of rents<br># of months 9<br>Rent is $1900 | $13,500.00<br>for Dec 2014 | $0.00 | $0.00 | $420.00<br>11 | $69.30 | $459,625.00 |
| | | | BBC | 1/23/15<br>$420.00 | | | $4,620.00 | | 30% |
| **3004 62nd**<br>David APS<br>Darrell APS | 3 | $4,250<br>$4,250 | 7/23/13 80% of rents<br># of months 9<br>Rent is $1200 | $4,250.00<br>for Dec 2014 | $0.00 | $0.00 | $120.00<br>11 | $19.80 | $488,496.00 |
| | | | BBC | 1/20/15<br>$120.00 | | | $1,320.00 | | 15% |
| **17646 Corona Ln**<br>David APS<br>Darrell APS | 5 | $6,000<br>$6,000 | 9/17/13 Fixed<br>8 months<br>Rent is $1200 | $6,000.00 | $0.00 | $0.00 | $120.00<br>10 | $18.00 | $280,094.00 |
| | | | BBC | 1/20/15<br>$120.00 | | | $1,200.00 | | 15% |
| **13360 NE Denbrook**<br>David APS<br>Rick Lofton/Tracey | 8 | $11,000<br>$11,000 | 12/2/13 $1800 per mo.<br>8 months<br>Rent is $1800 | $8,977.50 | $2,022.50<br>Rent should have started Oct 2014 | $303.38 | $180.00<br>14 | $37.80 | $543,405.00 |
| | | | BBC | 1/20/15<br>$640.00 | $30.34 | | $2,520.00 | | 15% |
| **11334 Kimball Ct**<br>David APS<br>Darrell APS | 9 | $5,750<br>$5,750 | 12/2/13 $1250 per mo.<br>8 months<br>Rent is $1250 | $5,750.00 | $0.00 | $0.00 | $125.00<br>10 | $18.75 | $474,183.00 |
| | | | RENX | 1/20/15<br>$250.00 | | | $1,250.00 | | 15% |
| **10729 SW River Dr.**<br>David APS<br>Gordon Hall pension | 11 | $8,000<br>$8,000 | 12/4/13 $1800 per mo.<br>8 months | $8,000.00 | $0.00 | $0.00 | $160.00<br>10 | $24.00 | $323,175.00 |
| | | | RENX | 1/23/15<br>$160.00 | | | $1,600.00 | | 15% |
| **5879 NW Lark Meadow**<br>David APS<br>Deem Realty Funding | 14 | $5,750<br>$5,750 | 1/14/14 $1500 per mo.<br>8 months | $5,750.00 | $0.00 | $0.00 | $180.00<br>10 | $27.00 | $449,856.00 |
| | | | RENX | 1/20/15<br>$180.00 | | | $1,800.00 | | 15% |
| **8965 Oxbow Terrace**<br>David APS<br>Darrell APS | 16 | $5,250<br>$5,250 | 2/13/14 | $1,200 | $5,250.00 | $0.00 | $0.00 | $0.00<br>0 | $0.00 sold | $0.00 |
| | | | RENX | 1/20/15<br>$120.00 | | | $0.00 | | 15% |
| **1431 Larsen Ln (IL)**<br>David APS<br>Deem Realty Funding | 4 | $9,000<br>$9,000 | 7/29/13 Fixed<br>8 months<br>Rent is $2750 | $9,000.00 | $0.00 | $0.00 | $275.00<br>19 | $78.38 | $560,160.00 |
| | | | BBC | 4/14/14<br>$1,000.00 | | | $5,225.00 | | 15% |

Page 5 of 7

EXHIBIT A, PAGE 10

## IRA LOANS — APS is AMERICAN PENSION SERVICES

David's IRA is #11396  Janine's IRA is #12075  Darrell's IRA is #14459 OREGON and ILLINOIS PROPERTIES

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1701 Baltimore (IL)** | 6 | | 9/20/13 $1800 per mo. | | | | | | | | 15% |
| David APS | | $8,500 | $8,500.00 | 9/16/14 | 8 months | $0.00 | $0.00 | $180.00 | $2,520.00 | $37.80 | $369,395.00 |
| Darrell APS | | $8,500 | | 180.00 | Rent is $1800 | 0 | | 14 | | | |
| BBC | | | | | | | | | | 15% |
| **3547 Dearborn St (IL)** | 7 | | 9/25/13 $ per month | | | | | | | | |
| David APS | | $8,500 | $8,500.00 | 10/20/14 | 8 months | $0.00 | $0.00 | $230.00 | $2,990.00 | $44.85 | $527,612.00 |
| Darrell APS | | $8,500 | | 230.00 | Rent is $2300 | 0 | | 13 | | | 15% |
| BBC | | | | | | | | | | | |
| **1490 Falcon Ln (IL)** | 15 | | | | | | | | | | 15% |
| Janine APS | | $7,250 | $1,034.00 | 2/11/14 | 8 months | $6,216.00 | $93.24 | $280.00 | $3,360.00 | $50.40 | $373,114.00 |
| Darrell APS | | $7,250 | $1,034.00 | 4/14/14 | Rent is $2800 | 19 | | 12 | | | |
| RENX | | $1,034 | | | | | | | | | |
| | | | **Principle** | | | **Interest** | | **Rents Due** | **Interest** | | |
| **Totals for IRA loans only** | | | $8,238.50 | | | $2,074.94 | | $33,245.00 | $498.68 | | |

## ASSIGNED CONTRACTS FROM RCLM, LLC to DJ PROPERTY SOLUTIONS

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **5853 SE Skyhigh Court** | 12/14/12 | | Is Rent only $825? | | | | | |
| RCLM assigned DJPS | $6,000 | $6,000.00 | 5/14/15 | $0.00 | $0.00 | $165.00 | $1,650.00 | $24.75 | $323,453.00 |
| | To receive 80% of rents until principle is paid | | 948.26 | | 0 | 10 | | |
| | To receive 20% of rents after principle is paid | | | | | | |
| | To receive 15% of profits at settlement | | | | | | |
| **4890 Indian Creek Court** | 5/14/13 | Rent is $1200 | | | | | |
| RCLM assigned DJPS | $13,621 | $13,621.00 | 6 /2014 | $0.00 | $0.00 | $240.00 | $2,400.00 | $36.00 | $484,052.00 |
| | To receive 80% of rents until principle is paid | | 733.00 | | 0 | 10 | | |
| | To receive 20% of rents after principle is paid | | | | | | |
| | To receive 30% of profits at settlement | | | | | | |
| **13360 Denbrook Rd** | 10/14/13 | Rent is $1800 | | | | | |
| RCLM assigned DJPS | $11,157 | $11,157.00 | 8 /15 | $0.00 | $0.00 | $180.00 | $2,520.00 | $37.80 | $543,405.00 |
| | To receive 40% of rents until principle is paid | | 277.48 | | 0 | 14 | | |
| | To receive 10% of rents after principle is paid | | | | | | |
| | To receive 15% of profits at settlement | | | | | | |
| **3230 Southshore Blvd** | No loan was made | | | | | | |
| RCLM assigned DJPS | RCLM exchanged work for investment | | | | | | |
| | To receive 5% of profits at settlement | | | | | | |
| | | **Totals Due from assign Principle** | | | **Interest** | | **Rent Due** | **Interest** |
| **Totals for assignment contracts** | | $0.00 | | | $0.00 | | $6,570.00 | $98.55 |

## SUMMARY OF ALL LOAN BALANCES BEFORE 30% SHARE OF PROFITS

| | Principle | Interest | Rents Due | Interest |
|---|---|---|---|---|
| Totals Due DJPS | $70,262.46 | $11,174.99 | $42,820.00 | $642.30 |
| Totals Due DJPS for FEB 2014 JV | $12,975.00 | $0.00 | $25,330.00 | $379.95 |
| Totals due 18901 JV | $248,470.80 | $64,472.43 | $0.00 | $0.00 |
| Totals due David and Janine IRA Accounts | $8,238.50 | $2,074.94 | $33,245.00 | $498.68 |
| Totals Due from assignm Contracts | $0.00 | $0.00 | $6,570.00 | $98.55 |
| Totals for all accounts | $339,946.76 | $77,722.36 | $107,965.00 | $1,619.48 |

**TOTAL CURRENT DEBT OWED PRIOR TO 30% SHARE OF PROFITS**

Totals of principle, interest, rents due and interest is: $527,253.59

# SHARE OF PROFITS -- DESCRIPTION AND ESTIMATES

A. Most contract terms included sharing 30% the profits at settlement.
B. Settlement is when the home is sold to an end buyer who is paying fair market value for the home after repairs.
C. The profit or spread is based on the sales price less commissions, title fees and insurance, actual repairs, utilities & insurance, cost of money and acquisition (amount to pay off liens/mortgages).
E. NOT TO BE INCLUDED IN CALCULATION: Original purchase amount for deed that was subject to all liens and encumbrances, repairs to rent or property management fees.
F. RENTAL INCOME: was to cover all legal expenses, repayment of loan to buy deed and then 20% of rents to lenders, management and repairs.
D. EXAMPLE: $46,500 gross profit after expenses x 30% = $13,950 to be paid as share of profits

|  |  |
|---|---|
| $330,000 | Sales price to end buyer |
| -$16,500 | Commissions at 5% of sales price |
| -$3,000 | Title fees and insurance to close |
| -$50,000 | Repair expenses, contractor expenses, supplies and materials, permits etc |
| -$2,000 | Utilities and insurance |
| -$12,000 | Cost of money for loan to pay off lien holders or the Sheriff's sale |
| -$200,000 | Acquisition of home - Sheriff's Sale Deed |
| **$46,500** | **Gross profit** |
| **x .30** | **30% of gross profit** |
| **$13,950** | **Amount due as lender share of profits per contracts** |

## Recent Examples of Home Sales

**8965 Oxbow Terrace**
**Beaverton Oregon 97008**

|  |  |  |
|---|---|---|
| $320,000.00 | Sales price |  |
| -$16,000.00 | Commissions |  |
| -$3,000.00 | Title fees and insurance |  |
| -$73,040.56 | Rehab Expenses |  |
| -$13,982.21 | Cost of money - interest and points |  |
| -$162,441.88 | Acquisition of home - Sheriff's Sale Deed |  |
| **$51,535.35** | **Gross Profit** |  |
| **x .30** | **30% share** |  |
| **$15,460.61** | **30% Due to lenders** | **Equals 4.83 percent of sales price** |

**28312 SW Morgan Court**
**Wilsonville, OR 97070**

|  |  |  |
|---|---|---|
| $240,000.00 | Sales price |  |
| $0.00 | Commissions |  |
| -$2,000.00 | Title fees and insurance |  |
| -$5,000.00 | Rehab Expenses |  |
| -$12,169.13 | Cost of money |  |
| -$175,000.00 | Acquisition of home - bank approval |  |
| **$45,830.87** | **Gross Profit** |  |
| **x .30** | **30% share to investor lender** |  |
| **$13,749.26** | **30% Due to lenders** | **Equals 5.7% of sales price** |

**1607 Pine Street**
**Lake Oswego, OR 97034**

|  |  |  |
|---|---|---|
| $620,000.00 | Sales price | Estimates - should be close to actual - sale has not closed but should soon |
| $0.00 | Commissions |  |
| -$4,000.00 | Title fees and insurance |  |
| -$20,000.00 | Rehab Expenses |  |
| $0.00 | Cost of money |  |
| -$485,000.00 | Acquisition of home - bank approval |  |
| **$111,000.00** | **Gross Profit** |  |
| **x .30** | **30% share to investor lender** |  |
| **$33,300.00** | **30% Due to lenders** | **Equals 5.6% of sales price** |

**ZILLOW VALUES as of 11/15/15**
Totaled values from O9 through O253
At 5% of Zillow Values a conservative
settlement amount would be:

| $21,621,368.00 |
|---|
| x.05 |
| $1,081,068.40 |

**Based on the examples shown the profit share at 30% of the gross profit is greater than 5% of the sales price.**
**Considering that many of the properties have development potential and our intention was to increase value**
**by developing those properties in order to maximize profits then settling for 5% of current Zillow values is conservative.**
**Zillow values are based on normal conditions, intention was to remodel the homes to increase value and maximize profits.**

## LOAN AND INVESTMENT SUMMARY
## 30% PROFIT SHARE NOT INCLUDED

| | Number of loans | Number of Properties | Principle Due | Rents Due | Interest Due | Total Due |
|---|---|---|---|---|---|---|
| DJ PROPERTY SOLUTIONS, LLC | 28 | 28 | $70,262.46 | $42,820.00 | $11,817.29 | $124,899.75 |
| JOINT VENTURE * FEB JV 2014 | 1 | 7 | $12,975.00 | $25,330.00 | $379.95 | $38,684.95 |
| JOINT VENTURE * 18901 VENTURE | 1 | 1 | $248,470.80 | $0.00 | $64,472.43 | $312,943.23 |
| DAVID AND JANINE IRA LOANS | 13 | 13 | $8,238.50 | $33,245.00 | $2,573.62 | $44,057.12 |
| ASSIGNED CONTRACTS * RCLM to DJPS | 4 | 4 | $0.00 | $6,570.00 | $98.55 | $6,668.55 |
| **TOTAL DUE DJPS and DAVID and JANINE IRA's** | | | $339,946.76 | $107,965.00 | $79,341.84 | **$527,253.60** |

| | Number of loans | Number of Properties | Principle Due | Rents Due | Interest Due | Total Due |
|---|---|---|---|---|---|---|
| DEEM REALTY FUNDING | 24 | 24 | $55,612.46 | $30,830.00 | $8,706.44 | $95,148.90 |
| JOINT VENTURE * 18901 VENTURE | 1 | 1 | $248,470.80 | $0.00 | $64,472.43 | $312,943.23 |
| DEEM IRA LOANS | 7 | 7 | $6,216.00 | $12,640.00 | $1,961.16 | $20,817.16 |
| **TOTAL DUE DEEM REALTY and DEEM IRA's** | | | $310,299.26 | $43,470.00 | $75,140.03 | **$428,909.29** |