**Brian W. Steffensen (3092)**
**STEFFENSEN ❖ LAW ❖ OFFICE**
PO Box 2279
Salt Lake City, Utah 84110
Telephone (801) 866-3707
Facsimile (866) 221-7980
brianwsteffensen@gmail.com
Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT
## STATE OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Darrell L. Deem, et al.<br><br>     Plaintiffs,<br>vs.<br><br>Tracey Baron, et al.<br><br>     Defendants. | **Objection to Plaintiffs' Motion for Sanctions and Motion for Enlargement of Time to Respond to the Same**<br><br>Civil No. 2:15-CV-755<br><br>Judge David Sam |

The Defendants/ Counter Claimants object to the consideration ex parte of the Plaintiffs' Motion for Sanctions and move the Court for an Order enlarging the time for them to respond to the same.

## STATEMENT OF FACTS

1. This Court issued an order allowing Brian Steffensen to withdraw as counsel and declaring that the Defendants had 20 days within which to appear of appoint new counsel.

2. Steffensen was contacted by Mr. Baron who asked how to appear herein.

3. The Defendants were prepared to file pro se papers herein at the deadline,

when Steffensen learned that Mr. and Mrs. Baron had reconciled and the divorce proceedings had been withdrawn.

4. With the news that the conflict of interest between these former clients had been resolved/ eliminated, Steffensen had to decide whether to re appear even though financial issues had remained.

5. When Steffensen reviewed the Motion for Sanctions which the Plaintiffs precipitously filed, Steffensen determined that despite unresolved financial issues, it would be a gross miscarriage of justice if the Plaintiffs were able to obtain the relief which they seek in their Motion for Sanctions on a "default judgment" type basis – or any other basis.

6. Steffensen determined, therefore, to re appear herein and to continue to defend the Defendants and to prosecute the Counter Claim despite the fact that financial issues remain.

7. Steffensen filed his notice of appearance this morning, November 6, 2017 and is prepared to aggressively and timely act on the defendants' behalf herein.

## ARGUMENT

This appearance is only two business days after the deadline – which is de minimis and should not result in any sanctions to these formerly pro se defendants. Consequently, the Defendants object to the Motion for Sanctions being

treated ex parte, but rather ask this Court to allow them 21 days from its filing to properly oppose the same.

DATED this 6th day of November, 2017.

                                                      */s/ Brian W. Steffensen*

I hereby certify that on this 28th day of September, 2017, I caused a true and correct copy of the foregoing to be efiled with the Court, which in turn served a copy thereof electronically on opposing counsel

                                                      */s/ Brian W. Steffensen*