**Exhibit 1B**                     **LOAN AND INVESTMENT SUMMARY**                     Updated for October 1, 2017

**NOTE: ALL LOANS ARE IN DEFAULT  T. Baron has now filed four Chapter 11 Bankruptcies in Oregon.**
**The list of properties included in the RenX Group II, LLC has not been received but will be added to this document once received.**
**Properties included in first three BK's are 3004 SW 62nd Ave., 5631 SE Belmont St., 7582 N. Burlington, 8025 Scholls Ferry Rd., 12761 SW 133rd**
**18901 Hilltop, 3415 Crescent,2775 SW 107th, 13360 NE Denbrook, 7320 SW Frog Pond, 18797 Blueridge, 6727 Oakridge and 52055 SE Icenogle**
**All properties are in the Portland Oregon area.**
**This report is documenting total debt and is not an attempt to collect on the debt owed in relation to the properties in bankruptcy.**

| | Number of loans | Number of Properties | Principle Due | Rents Due | Interest Due | Total Due |
|---|---|---|---|---|---|---|
| **DJ PROPERTY SOLUTIONS, LLC** | 28 | 28 | $70,262.46 | $158,540.04 | $75,325.82 | $304,128.32 |
| JOINT VENTURE * FEB JV 2014 | 1 | 7 | $12,975.00 | $82,270.00 | $16,154.25 | $111,399.25 |
| JOINT VENTURE * 18901 VENTURE | 1 | 1 | $248,470.80 | $0.00 | $150,194.85 | $398,665.65 |
| DAVID AND JANINE IRA LOANS | 13 | 13 | $8,238.50 | $95,695.00 | $31,112.47 | $135,045.97 |
| ASSIGNED CONTRACTS * RCLM to DJPS | 4 | 4 | $0.00 | $20,025.00 | $5,306.18 | $25,331.18 |
| **TOTAL DUE DJPS and DAVID and JANINE IRA's** | | | $339,946.76 | $356,530.04 | $278,093.57 | **$974,570.37** |

| | Number of loans | Number of Properties | Principle Due | Rents Due | Interest Due | Total Due |
|---|---|---|---|---|---|---|
| **DEEM REALTY FUNDING** | 24 | 24 | $55,612.46 | $114,665.00 | $53,295.54 | $223,573.00 |
| JOINT VENTURE 18901 HILLTOP | 1 | 1 | $248,470.80 | $0.00 | $150,194.85 | $398,665.65 |
| DEEM IRA LOANS | 7 | 7 | $6,216.00 | $36,905.00 | $13,890.56 | $57,011.56 |
| **TOTAL DUE DEEM REALTY AND DEEM IRA's** | | | $310,299.26 | $151,570.00 | $217,380.95 | **$679,250.21** |
| **TOTAL DUE DJPS, LAW IRA's, DEEM REALTY and DEEM IRA's** | | | **$650,246.02** | **$508,100.04** | **$495,474.52** | **$1,653,820.58** |

**NOTE: 30% PROFIT SHARE NOT INCLUDED**

RECAP OF PRINCIPLE, RENTS AND INTEREST DUE TO DEEM REALTY FUNDING, INC and DARRELL's IRA ACCOUNTS

FROM RENX GROUP, LLC and TURNING LEAF HOMES, LLC AS OF November 16, 2015

NOTE: ALL LOANS ARE SERIOUSLY PAST DUE

NOTE: DUE TO INCOMPLETE RECORDS FROM RENX AND TLH SOME ADJUSTMENTS MAY BE NECESSARY FOR A FINAL ACCOUNTING

SERVICE CHARGE / INTEREST is being charged at 1.5% per month per contracts on unpaid balance on the principle and on rents not paid.

**PLANTIFF PARTIES INVOLVED:**

| | |
|---|---|
| DJ PROPERTYSOLUTIONS, LLC | David and Janine Law - member managers Utah Limited Liability Company |
| DEEM REALTY FUNDING, INC | Darrlin Deem - President Utah Corporation |
| DAVID LAW's IRA ACCOUNT | David Law's Self Directed ROTH IRA Account #11396 |
| JANINE LAW's IRA ACCOUNT | Janine Law's Self Directed ROTH IRA Account #12075 |
| DARRELL DEEM's IRA ACCOUNT | Darrell Deem's Self Directed ROTH IRA Account #14459 |
| RCLM, LLC | Rick and Lea Lofton were member managers of this Oregon LLC.  LLC has been desolved and contracts assigned to DJ Property Solutions, LLC |

**DEFENDANTS INVOLVED:**

| | |
|---|---|
| TRACEY BARON | Principle member manager and operator of all entities |
| MICHELLE BARON | Principle and member manager Baron companies |
| BIG BLUE CAPITAL, LLC | Oregon Limited Liability Company |
| TURNING LEAF HOMES, LLC | Oregon Limited Liability Company |
| RENX GROUP, LLC | Oregon Limited Liability Company |
| RENX GROUP II, LLC | Oregon Limited Liability Company |
| CRIMSON INVESTMENT GROUP, LLC | Oregon Limited Liability Company |
| RENX GROUP ILLINOIS, LLC | Illinois Limited Liability Company |

**PLANTIFF DEMAND:**

| | | |
|---|---|---|
| DJ PROPERTY SOLUTIONS, LLC AND BOTH IRA ACCOUNTS ARE OWED APPROXIMATELY | $527,254 | DUE AND PAYABLE NOW |
| DEEM REALTY FUNDING AND DARRELL'S IRA ACCOUNT IS OWED APPROXIMATELY | $428,909 | DUE AND PAYABLE NOW |
| SHARE OF PROFITS AT 30% FOR ALL PROPERTIES IS ESTIMATED TO BE: | $1,081,068 | PROJECTED PROFITS PAYMENT DATE TO BE DETERMINED AT TRIAL |
| PROFITS TO BE SPLIT PER CONTRACT BETWEEN ABOVE ENTITIES | | |

Page 1 of 5

EXHIBIT A, PAGE 1

## LOAN TRACKING DETAILS

### DEEM REALTY FUNDING, INC LOANS

| Property | Loan # | Borrower | Amount / Contract Date | $ Per Contract | Total Principle Paid to Date | Date of Last Pymt / Amount of Last Pymt | Principle Balance Due | Monthly Interest Due On Principle | Number of Months Of Unpaid Interest | Total Interest Due On Principle | Monthly Rent Due / Months Not Paid | Total Rent Due | Interest On Rents Not Paid | Zillow Value | Share of Profits Percentage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 444 Bridge St Fairview / Deem Realty Funding / DJ Property Solutions | 33 | TLH | $4,500 / $4,500 — 12/15/14 | Rent is $1000 11 months @ 80% | $0.00 | $0.00 | $4,500.00 | $67.50 | 11 | $675.00 | $100.00 / 5 | | | $230,435.00 | 15% |
| 640 E. Main Carlton OR / Deem Realty Funding / DJ Property Solutions | 25 | TLH | $10,000 / $10,000 — 8/18/14 | 12 Fixed payments $833.33 each Rent is $1700 | $5,000.04 | 1/21/15 $833.33 | $4,999.96 | $75.00 | 10 | $749.99 | $170.00 / 4 | $680.00 | $10.20 | $1,160,000.00 | 15% |
| 751 Nicole Dr West Linn / Deem Realty Funding / DJ Property Solutions | 34 | TLH | $3,000 / $3,000 — 12/12/14 | Rent is $1250 6 months @ 80% | $500.00 | 1/20/15 $500.00 | $2,500.00 | $37.50 | 11 | $412.50 | $125.00 / 5 | $625.00 | $9.38 | $528,135.00 | 15% |
| 821 N 1st Ave Hillsboro / Deem Realty Funding / DJ Property Solutions | 20 | TLH | $4,500 / $4,500 — 5/16/14 | 8 Months 20% or rents Rent is $1,000 | $4,500.00 | 1/23/15 $562.50 | $0.00 | $0.00 | 0 | $0.00 | $100.00 / 10 | $1,000.00 | $15.00 | $338,580.00 | 15% |
| 1431 Larsen Ln (IL) / Deem Realty Funding / DJ Property Solutions | 4 | RENX | $9,000 / $9,000 — 7/29/13 | Fixed 8 months Rent is $2750 | $9,000.00 | 4/14/14 $1,000.00 | $0.00 | $0.00 | 0 | $0.00 | $275.00 / 19 | $5,225.00 | $78.38 | $560,160.00 | 15% |
| 2775 SW 107th Ave / David APS | 37 | BBC | $5,250 / $5,250 — 12/30/14 | $1,500 8 months Balloon July 10 | $0.00 | $0.00 | $5,250.00 | $78.75 | 11 | $866.25 | $150.00 / 3 | $450.00 | $6.75 | $691,094.00 | 15% |
| 3522 Summit Pt Forest Gv / Deem Realty Funding / DJ Property Solutions | 27 | TLH | $8,200 / $8,200 — 9/2/14 | 8 Fixed payments of $1025 each Rent is $2500 | $5,125.00 | 1/21/15 $1,025.00 | $3,075.00 | $46.13 | 10 | $461.25 | $250.00 / 7 | $1,750.00 | $26.25 | $651,286.00 | 15% |
| 3530 Summit Pt Forest Gv / Deem Realty Funding / DJ Property Solutions | 28 | TLH | $7,450 / $7,450 — 9/2/14 | 8 Fixed payments of $931.25 each Rent is $2500 | $3,725.00 | 12/24/14 $931.25 | $3,725.00 | $55.88 | 11 | $614.63 | $250.00 / 7 | $1,750.00 | $26.25 | $697,090.00 | 15% |
| 4207 SE 73rd Ave / Deem Realty Funding / DJ Property Solutions | 35 | TLH | $2,250 / $2,250 — 12/15/14 | Rent is $1200 4.69 months @ 80 | $0.00 | $0.00 | $2,250.00 | $33.75 | 11 | $371.25 | $120.00 / 11 | $1,320.00 | $19.80 | $321,620.00 | 15% |
| 5631 SE Belmont St Ptld / Deem Realty Funding / DJ Property Solutions | 38 | TLH | $2,750 / $2,750 — 12/17/14 | No rents No payments for 12 months | $0.00 | All principle due 12/17/15 with 12% interest - default rate is 1.5% per month $2,750.00 | $2,750.00 | $0.00 | 0 | $0.00 | $0.00 / 0 | $0.00 | | $1,105,849.00 | 15% |
| 5879 NW Lark Meadow / David APS | 14 | RENX | $5,750 / $5,750 — 1/14/14 | $1500 per mo. 8 months | $5,750.00 | 1/20/15 $180.00 | $0.00 | $0.00 | 0 | $0.00 | $180.00 / 10 | $1,800.00 | $27.00 | $449,856.00 | 15% |
| 6727 SE Oakridge Dr / Deem Realty Funding / DJ Property Solutions | 29 | TLH | $6,000 / $6,000 — 9/9/14 | 8 Fixed payments $750 Rent is $1600 | $3,000.00 | 12/24/14 $750.00 | $3,000.00 | $45.00 | 11 | $495.00 | $160.00 / 7 | $1,120.00 | $16.80 | $279,814.00 | 15% |

EXHIBIT A, PAGE 2

## DEEM REALTY FUNDING, INC LOANS

| Property | # | Borrower / Servicer | Amount | Terms | Notes | Principle Pmt | Balance | Months | Int Rate | Interest | Rent/Mo | Rents Due | Int | Value | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7155 SW 189th | 31 | Deem Realty Funding, Inc / DJ Property Solutions, LLC (TLH) | $6,000 $6,000 | 9/11/14 Fixed $750 8 months Rent is $1600 | $3,750.00 | 1/21/15 $750.00 | $2,250.00 | 10 | $33.75 | $337.50 | $160.00 7 | $1,120.00 | $16.80 | $333,212.00 | 15% |
| 7320 SW Frog Pond Ln | 22 | Deem Realty Funding / DJ Property Solutions (RENX) | $4,000 $4,000 | 7/10/14 8 months Rent is $3000 | Started counting interest January 1 2015 $0.00 | $0.00 | $4,000.00 | 11 | $60.00 | $660.00 | $300.00 11 | $3,300.00 | $49.50 | $486,912.00 | 15% |
| 7582 N Burlington | 18 | Deem Realty Funding / DJ Property Solutions (TLH) | $5,750 $5,750 | 4/29/14 Fixted for 8 then 20% Rent is $1550 | $5,750.00 | $155.00 | $0.00 | 0 | $0.00 | $0.00 | $155.00 10 | $1,550.00 | $23.25 | $255,850.00 | 15% |
| 12761 SW 133rd Ave | 10 | Deem Realty Funding / DJ Property Solutions (RENX) | $3,000 $3,000 | 4/28/14 1000per month 8 Months Rent is $1000 | $3,000.00 | 1/23/15 $80.00 | $0.00 | 0 | $0.00 | $0.00 | $100.00 10 | $1,000.00 | $15.00 | $376,671.00 | 15% |
| 16269 NE Eugene Ct Ptld | 36 | Deem Realty Funding / DJ Property Solutions (TLH) | $2,500 $2,500 $1,200 | 12/15/14 6 months | $0.00 | $0.00 | $2,500.00 | 11 | $37.50 | $412.50 | $120.00 5 | $600.00 | $9.00 | $371,172.00 | 15% |
| 16394 SW Hoops Tigard | 26 | Deem Realty Funding / DJ Property Solutions (TLH) | $6,000 $6,000 | 8/18/14 8 months Rent is $1700 | Missed Nov 2014 $1,500.00 | 12/24/14 $750.00 | $4,500.00 | 12 | $67.50 | $810.00 | $170.00 6 | $1,020.00 | $15.30 | $500,095.00 | 15% |
| 18825 NE Hoyt CT Portla | 17 | Deem Realty Funding / DJ Property Solutions (RENX) | $5,000 $5,000 | 4/28/14 $1000 per month 8 months | $3,750.00 | 12/24/14 $625.00 | $1,250.00 | 13 | $18.75 | $243.75 | $100.00 11 | $1,100.00 | $16.50 | $240,000.00 | 15% |
| 18797 Blueridge Dr Oregon | 39 | Deem Realty Funding / DJ Property Solutions (TLH) | $2,250 $2,250 | 12/17/14 No rents No payments | All principle due 12/17/15 with 12% interest default is 1.5% per month $0.00 | $0.00 | $2,250.00 | | | | $0.00 | | | $285,069.00 | 15% |
| 19581 Hummingbird Loop | 24 | Deem Realty Funding / DJ Property Solutions (TLH) | $4,000 $4,000 | 7/24/14 $500 per month 8 months Rent is $1600 | missed Oct and Nov 2014 $1,500.00 | 1/20/15 $500.00 | $2,500.00 | 13 | $37.50 | $487.50 | $160.00 8 | $1,280.00 | $19.20 | $275,361.00 | 15% |
| 21565 Firwood Sandy OR | 19 | Deem Realty Funding / DJ Property Solutions (TLH) | $4,750 $4,750 | 5/5/14 8 months rent is $1700 | $4,750.00 | 1/21/15 $599.75 | $0.00 | 0 | $0.00 | $0.00 | $170.00 10 | $1,700.00 | $25.50 | $400,251.00 | 15% |
| 35727 SE Douglas Rd | 30 | Deem Realty Funding / DJ Property Solutions (TLH) | $6,750 $6,750 | 9/10/14 8 months rent is $2000 | $3,375.00 | 1/21/15 $843.75 | $3,375.00 | 10 | $50.63 | $506.25 | $200.00 7 | $1,400.00 | $21.00 | $426,905.00 | 15% |
| 52055 SE Icenogle Scappoos | 23 | Deem Realty Funding / DJ Property Solutions (RENX) | $3,750 $3,750 | 7/10/14 8 months Rent is $1300 | $2,812.50 | 1/23/15 $468.75 | $937.50 | 10 | $14.06 | $140.63 | $130.00 8 | $1,040.00 | $15.60 | $311,725.00 | 15% |

**Totals of Deem Realty Funding loans only**

| | Principle | Interest | Rents Due | Interest |
|---|---|---|---|---|
| | $55,612.46 | $8,243.99 | $30,830.00 | $462.45 |

EXHIBIT A, PAGE 3

## 18901 JOINT VENTURE

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 18901 Hilltop Rd. Lake Oswego, OR 97035 Deem Realty Funding DJ Property Solutions | JV2 | $1,250 | 12/18/13 | 50% of rents Rent is $2500 | $0.00 | 5/11/15 $1,250.00 | $3,727.06 less | $85,722.43 | 23 months x $3,727.06 = $85,722.43 $64,472.43 $21,250.00 paid $1,250 monthly from Jan 2014 to May 2015 17 months $64,472.43 | $726,541.00 | 15% |

| | Principle | Interest | Rents Due | Interest | |
|---|---|---|---|---|---|
| Totals Deem Portion of 18901 Joint Venture | $248,470.80 | $64,472.43 | $0.00 | $0.00 | 15% |

## IRA LOANS

APS is AMERICAN PENSION SERVICES   OREGON and ILLINOIS PROPERTIES

David's IRA is #11396   Janine's IRA is #12075   Darrell's IRA is #14459

| Property | | Amount | Terms | Principle | Date | less | months | Interest | Rents # | Rents Due | Interest | Total | 15% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3004 62nd (3) | Darrell APS | $4,250 | 7/23/13 80% of rents | $4,250.00 for Dec 2014 | 1/20/15 | $0.00 | 0 | $0.00 | $120.00 / 11 | $1,320.00 | $19.80 | $488,496.00 | 15% |
| | David APS | $4,250 | # of months 9 | | | | | | | | | | |
| | BBC | | Rent is $1200 | | | | | | | | | | |
| 17646 Corona Ln (5) | Darrell APS | $6,000 | 9/17/13 Fixed | $6,000.00 | 1/20/15 $120.00 | $0.00 | 0 | $0.00 | $120.00 / 10 | $1,200.00 | $18.00 | $280,094.00 | 15% |
| | David APS | $6,000 | 8 months | | | | | | | | | | |
| | BBC | | Rent is $1200 | | | | | | | | | | |
| 11334 Kimball Ct (9) | Darrell APS | $5,750 | 12/2/13 $1250 per mo. | $5,750.00 | 1/20/15 $250.00 | $0.00 | 0 | $0.00 | $125.00 / 10 | $1,250.00 | $18.75 | $474,183.00 | 15% |
| | David APS | $5,750 | 8 months | | | | | | | | | | |
| | RENX | | Rent is $1250 | | | | | | | | | | |
| 8965 Oxbow Terrace (16) | Darrell APS | $5,250 | 2/13/14 | $5,250.00 | 1/20/15 $120.00 | $0.00 | 0 | $0.00 | $0.00 / 0 | $0.00 | $0.00 | $320,000.00 | 15% |
| | David APS | $5,250 | 8 months | | | | | | | | | | |
| | RENX | $1,200 | | | | | | | | | | | |
| 1701 Baltimore (IL) (6) | Darrell APS | $8,500 | 9/20/13 $1800 per mo. | $8,500.00 | 9/16/14 $180.00 | $0.00 | 0 | $0.00 | $180.00 / 14 | $2,520.00 | $37.80 | $369,395.00 | 15% |
| | David APS | $8,500 | 8 months | | | | | | | | | | |
| | BBC | | Rent is $1800 | | | | | | | | | | |
| 3547 Dearborn St (IL) (7) | Darrell APS | $8,500 | 9/25/13 $ per month | $8,500.00 | 10/20/14 $230.00 | $0.00 | 0 | $0.00 | $230.00 / 13 | $2,990.00 | $44.85 | $527,612.00 | 15% |
| | David APS | $8,500 | 8 months | | | | | | | | | | |
| | BBC | | Rent is $2300 | | | | | | | | | | |
| 1490 Falcon Ln (IL) (15) | Darrell APS | $7,250 | 2/11/14 $1,034 | $1,034.00 | 4/14/14 $1,034.00 | $6,216.00 | 19 | $93.24 / $1,771.56 | $280.00 / 12 | $3,360.00 | $50.40 | $373,114.00 | 15% |
| | Janine APS | $7,250 | 8 months | | | | | | | | | | |
| | RENX | | Rent is $2800 | | | | | | | | | | |

| | Principle | Interest | Rents Due | Interest |
|---|---|---|---|---|
| Totals for DEEM IRA loans only | $6,216.00 | $1,771.56 | $12,640.00 | $189.60 |

| | Principle | Interest | Rents Due | Interest |
|---|---|---|---|---|
| Totals due DIPS | $55,612.46 | $8,243.99 | $30,830.00 | $462.45 |
| Totals due 18901 JV | $248,470.80 | $64,472.43 | $0.00 | $0.00 |
| Totals due DEEM IRA Account | $6,216.00 | $1,771.56 | $12,640.00 | $189.60 |
| Totals for all accounts | $310,299.26 | $74,487.98 | $43,470.00 | $652.05 |

**Grand Totals of principle, interest, rents due and interest is:   $428,909.29**

## SUMMARY OF ALL LOAN BALANCES BEFORE 30% SHARE OF PROFITS

Totals Due Deem Realty Funding, Inc.
Totals Due DEEM for 18901 JOINT VENTURE
Totals Due DEEM IRA Accounts
Totals for all accounts
**TOTAL CURRENT DEBT OWED PRIOR TO 30% SHARE OF PROFITS**

EXHIBIT A, PAGE 4

# SHARE OF PROFITS -- DESCRIPTION AND ESTIMATES

A. Most contract terms included sharing 30% the profits at settlement.

B. Settlement is when the home is sold to an end buyer who is paying fair market value for the home after repairs.

C. The profit or spread is based on the sales price less commissions, title fees and insurance, actual repairs, utilities & insurance, cost of money and acquisition (amount to pay off liens/mortgages).

E. NOT TO BE INCLUDED IN CALCULATION: Original purchase amount for deed that was subject to all liens and encumbrances, repairs to rent or property management fees.

F. RENTAL INCOME: was to cover all legal expenses, repayment of loan to buy deed and then 20% of rents to lenders, management and repairs.

D. EXAMPLE: $46,500 gross profit after expenses x 30% = $13,950 to be paid as share of profits

| | | |
|---|---|---|
| | $330,000 | Sales price to end buyer |
| | -$16,500 | Commissions at 5% of sales price |
| | -$3,000 | Title fees and insurance to close |
| | -$50,000 | Repair expenses, contractor expenses, supplies and materials, permits etc |
| | -$2,000 | Utilities and insurance |
| | -$12,000 | Cost of money for loan to pay off lien holders or the Sheriff's sale |
| | -$200,000 | Acquisition of home - Sheriff's Sale Deed |
| | $46,500 | Gross profit |
| | x .30 | 30% of gross profit |
| | $13,950 | Amount due as lender share of profits per contracts |

## Recent Examples of Home Sales

**8965 Oxbow Terrace**
**Beaverton Oregon 97008**

| | |
|---|---|
| $320,000.00 | Sales price |
| -$16,000.00 | Commissions |
| -$3,000.00 | Title fees and insurance |
| -$73,040.56 | Rehab Expenses |
| -$13,982.21 | Cost of money - interest and points |
| -$162,441.88 | Acquisition of home - Sheriff's Sale Deed |
| $51,535.35 | Gross Profit |
| x .30 | 30% share |
| $15,460.61 | 30% Due to lenders        Equals 4.83 percent of sales price |

**28312 SW Morgan Court**
**Wilsonville, OR 97070**

| | |
|---|---|
| $240,000.00 | Sales price |
| $0.00 | Commissions |
| -$2,000.00 | Title fees and Insurance |
| -$5,000.00 | Rehab Expenses |
| -$12,169.13 | Cost of money |
| -$175,000.00 | Acquisition of home - bank approval |
| $45,830.87 | Gross Profit |
| x .30 | 30% share to investor lender |
| $13,749.26 | 30% Due to lenders        Equals 5.7% of sales price |

**1607 Pine Street**
**Lake Oswego, OR 97034**

| | |
|---|---|
| $620,000.00 | Sales price |
| $0.00 | Commissions |
| -$4,000.00 | Title fees and Insurance |
| -$20,000.00 | Rehab Expenses |
| $0.00 | Cost of money |
| -$485,000.00 | Acquisition of home - bank approval |
| $111,000.00 | Gross Profit |
| x .30 | 30% share to investor lender |
| $33,300.00 | 30% Due to lenders        Equals 5.6% of sales price |

Estimates - should be close to actual - sale has not closed but should soon

Based on the examples shown above, the profit share at 30% of the gross profit is greater than 5% of the sales price.
Considering that many of the properties have development potential and our intention was to increase values
by developing those properties in order to maximize profits then settling for 5% of current Zillow values is conservative.
Zillow values are based on normal conditions, intention was to remodel the homes to increase value and maximize profits.

SEE PAGE 6 & 7 OF DJ PROPERTY SOLUTIONS WORKSHEET
TO SEE CONSERVATIVE SETTLEMENT AMOUNT.

EXHIBIT A, PAGE 5

RECAP OF PRINCIPLE, RENTS AND INTEREST DUE TO DJ PROPERTY SOLUTIONS, LLC AND DAVID and JANINE LAW's IRA ACCOUNTS

FROM RENX GROUP, LLC and TURNING LEAF HOMES, LLC AS OF November 16, 2015

NOTE: ALL LOANS ARE SERIOUSLY PAST DUE

NOTE: DUE TO INCOMPLETE RECORDS FROM RENX AND TLH SOME ADJUSTMENTS MAY BE NECESSARY FOR A FINAL ACCOUNTING

SERVICE CHARGE / INTEREST is being charged at 1.5% per month per contracts on unpaid balance on the principle and on rents not paid.

| PLAINTIFF PARTIES INVOLVED: | |
|---|---|
| DJ PROPERTYSOLUTIONS, LLC | David and Janine Law - member managers Utah Limited Liability Company |
| DEEM REALTY FUNDING, INC | Darrell Deem - President Utah Corporation |
| DAVID LAW's IRA ACCOUNT | David Law's Self Directed ROTH IRA Account #11396 |
| JANINE LAW's IRA ACCOUNT | Janine Law's Self Directed ROTH IRA Account #12075 |
| DARRELL DEEM's IRA ACCOUNT | Darrell Deem's Self Directed ROTH IRA Account #14459 |
| RCLM, LLC | Rick and Lea Lofton were member managers of this Oregon LLC. LLC has been desolved and contracts assigned to DJ Property Solutions, LLC |

| DEFENDANTS INVOLVED: | |
|---|---|
| TRACEY BARON | Principle member manager and operator of all entities |
| MICHELLE BARON | Principle and member manager Baron companies |
| BIG BLUE CAPITAL, LLC | Oregon Limited Liability Company |
| TURNING LEAF HOMES, LLC | Oregon Limited Liability Company |
| RENX GROUP, LLC | Oregon Limited Liability Company |
| RENX GROUP II, LLC | Oregon Limited Liability Company |
| CRIMSON INVESTMENT GROUP, LLC | Oregon Limited Liability Company |
| RENX GROUP ILLINOIS, LLC | Illinois Limited Liability Company |

| PLAINTIFF DEMAND: | | |
|---|---|---|
| DJ PROPERTY SOLUTIONS, LLC AND BOTH IRA ACCOUNTS ARE OWED APPROXIMATELY | $527,254 | DUE AND PAYABLE NOW |
| DEEM REALTY FUNDING AND DARRELL'S IRA ACCOUNT IS OWED APPROXIMATELY | $428,909 | DUE AND PAYABLE NOW |
| SHARE OF PROFITS AT 30% FOR ALL PROPERTIES IS ESTIMATED TO BE: | $1,081,068 | PROJECTED PROFITS PAYMENT DATE TO BE DETERMINED AT TRIAL |
| PROFITS TO BE SPLIT PER CONTRACT BETWEEN ABOVE ENTITIES | | |

EXHIBIT A, PAGE 6

2

## LOAN TRACKING DETAILS

| Property | Borrower | Amount / Contract Date | $ Per Contract Date | Total Principle Paid to Date | Date of Last Pymt / Amount of Last Pymt | Principle Balance Due | Monthly Interest Due On Principle | Number of Months Of Unpaid Interest | Total Interest Due On Principle | Monthly Rent Due Months Not Paid | Total Rent Due | Interest On Rents Not Paid | Zillow Value | Share of Profits Percentage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DJ PROPERTY SOLUTIONS, LLC LOANS** | | | | | | | | | | | | | | |
| **444 Bridge St Fairview** DJ Property Solutions Deem Realty Funding | 33 TLH | 12/15/14 $4,500 $4,500 | Rent is $1000 11 months @ 80% | $0.00 | $0.00 $0.00 | $4,500.00 | $67.50 | 11 | $675.00 | $100.00 5 | | | $290,435.00 | 15% |
| **640 E. Main Carlton OR** DJ Property Solutions Deem Realty Funding | 25 TLH | 8/18/14 $10,000 $10,000 | 12 Fixed payments $833.33 each Rent is $1700 | $5,000.04 | 1/21/15 $833.33 | $4,999.96 | $75.00 | 10 | $749.99 | $170.00 4 | $680.00 | $10.20 | $1,160,000.00 | 15% |
| **751 Nicole Dr West Linn** DJ Property Solutions Deem Realty Funding | 34 TLH | 12/12/14 $3,000 $3,000 | Rent is $1250 6 months @ 80% | $500.00 | 1/20/15 $500.00 | $2,500.00 | $37.50 | 11 | $412.50 | $125.00 5 | $625.00 | $9.38 | $528,135.00 | 15% |
| **821 N 1st Ave Hillsboro** DJ Property Solutions Deem Realty Funding | 20 RENX | 5/16/14 $4,500 $4,500 | 8 Months 20% or rents Rent is $1,000 | $4,500.00 | 1/23/15 $562.50 | $0.00 | $0.00 | 0 | $0.00 | $100.00 10 | $1,000.00 | $15.00 | $338,580.00 | 15% |
| **2500 Park Dr.** DJ Property Solutions Turning Leaf Advisors | 13 RENX | 1/11/14 $7,500 $7,500 | $1800 per month 7 months | $6,750.00 | 9/29/14 $680.00 | $750.00 | $11.25 | 14 | $157.50 | $180.00 14 | $2,520.00 | $37.80 | $471,913.00 | 15% |
| **2775 SW 107th Ave** DJ Property Solutions Deem Realty Funding | 37 TLH | 12/30/14 $5,250 $5,250 | $1,500 8 months Balloon July 10 | $0.00 | $0.00 | $5,250.00 | $78.75 | 11 | $866.25 | $150.00 3 | $450.00 | $6.75 | $691,094.00 | 15% |
| **3522 Summit Pt Forest Gv** DJ Property Solutions Deem Realty Funding | 27 TLH | 9/2/14 $8,200 $8,200 | 8 Fixed payments of $1025 each Rent is $2500 | $5,125.00 | 1/21/15 $1,025.00 | $3,075.00 | $46.13 | 10 | $461.25 | $250.00 7 | $1,750.00 | $26.25 | $651,286.00 | 15% |
| **3530 Summit Pt Forest Gv** DJ Property Solutions Deem Realty Funding | 28 TLH | 9/2/14 $7,450 $7,450 | 8 Fixed payments of $931.25 each Rent is $2500 | $3,725.00 | 12/24/14 $931.25 | $3,725.00 | $55.88 | 11 | $614.63 | $250.00 7 | $1,750.00 | $26.25 | $697,090.00 | 15% |
| **4207 SE 73rd Ave** DJ Property Solutions Deem Realty Funding | 35 TLH | 12/15/14 $2,250 $2,250 | Rent is $1200 4.69 months @ 80% | $0.00 | $0.00 | $2,250.00 | $33.75 | 11 | $371.25 | $120.00 11 | $1,320.00 | $19.80 | $321,620.00 | 15% |
| **4925 SW Filbert Ave** DJ Property Solutions | A1 BBC | First loan 1/30/13 $11,000 | 80% of rents 20% of rents Rent is $2700 | $11,000.00 | 12/24/14 $570.00 | $0.00 | $0.00 | 0 | $0.00 | $570.00 11 | $6,270.00 | $94.05 | $349,484.00 | 30% |
| **5631 SE Belmont St Ptld** DJ Property Solutions Deem Realty Funding | 38 TLH | 12/17/14 $2,750 $2,750 | No rents No payments for 12 months | $0.00 | $0.00 | $2,750.00 All principle due 12/17/15 with 12% interest - default rate is 1.5% per month | $0.00 | 0 | $0.00 | $0.00 0 | $0.00 | $0.00 | $1,105,849.00 | 30% |

EXHIBIT A, PAGE 7

# DJ PROPERTY SOLUTIONS, LLC LOANS

| Property | Code | # | Loan Amount | Date | Terms | Balance | Date/Pmt | # | | | | | | Value | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6727 SE Oakridge Dr<br>DJ Property Solutions<br>Deem Realty Funding | TLH | 29 | $6,000<br>$6,000 | 9/9/14 | 8 Fixed payments $750<br>Rent is $1600 | $3,000.00 | 12/24/14<br>$750.00 | 11 | $45.00 | $495.00 | $160.00<br>7 | $1,120.00 | $16.80 | $279,814.00 | 15% |
| 6824-6826 N Rochester St<br>DJ Property Solutions | TLH | 21 | $10,000 | 7/11/14 | 8 Fixed @$1250<br>$1,750<br>$875 per side | $3,750.00 | 12/24/14<br>$1,250.00 | 11 | $56.25 | $618.75 | $175.00<br>8 | $1,400.00 | $21.00 | $295,505.00 | 30% |
| 7155 SW 189th<br>DJ Property Solutions, LLC<br>Deem Realty Funding, Inc | TLH | 31 | $6,000<br>$6,000 | 9/11/14 | Fixed $750<br>8 months<br>Rent is $1600 | $2,250.00 | 1/21/15<br>$750.00 | 10 | $33.75 | $337.50 | $160.00<br>7 | $1,120.00 | $16.80 | $333,212.00 | 15% |
| 7320 SW Frog Pond Ln<br>DJ Property Solutions<br>Deem Realty Funding | TLH | 22 | $4,000<br>$4,000 | 7/10/14 | 8 months<br>Rent is $3000 | Started counting interest January 1 2015<br>$4,000.00 | $0.00<br>$0.00 | 11 | $60.00 | $660.00 | $300.00<br>11 | $3,300.00 | $49.50 | $486,912.00 | 15% |
| 7582 N Burlington<br>DJ Property Solutions<br>Deem Realty Funding | RENX | 18 | $5,750<br>$5,750 | 4/29/14 | Fixted for 8<br>then 20% | $5,750.00 | $155.00 | 0 | $0.00 | $0.00 | $155.00<br>10 | $1,550.00 | $23.25 | $255,850.00 | 15% |
| 8025 Scholls Ferry Rd<br>DJ Property Solutions<br>Beaverton OR 97008 | TLH | A2<br>2nd loan | $11,000 | 1/30/13 | 80% of rents<br>20% of rents<br>Rent is $1750 | $11,000.00 | 1/23/15<br>$330.00 | 0 | $0.00 | $0.00 | $330.00<br>10 | $3,300.00 | $49.50 | $245,302.00 | 30% |
| 9999 NE Worden<br>DJ Property Solutions | BBC | 12 | $16,000 | 1/20/14 | Rent is $2000<br>10 months | $6,400.00 | 7/7/14<br>$1,600.00 | 16 | $96.00 | $1,536.00 | $400.00<br>12 | $4,800.00 | $72.00 | $751,733.00 | 30% |
| 12761 SW 133rd Ave<br>DJ Property Solutions<br>Deem Realty Funding | RENX | 10 | $3,000<br>$3,000 | 4/28/14 | 1000per month<br>8 Months<br>Rent is $1000 | $0.00 | 1/23/15<br>$80.00 | 0 | $0.00 | $0.00 | $100.00<br>10 | $1,000.00 | $15.00 | $376,671.00 | 15% |
| 13602 SE 154th Clackamas<br>DJ Property Solutions<br>Woffinden Legacy LLC | RENX | 32 | $6,000<br>$6,000 | 9/16/14 | $750 per mo fixed<br>8 months<br>9/16/14 Rent is $1450 | $2,250.00 | 1/24/14<br>$750.00 | 11 | $56.25 | $618.75 | $145.00<br>5 | $725.00 | $10.88 | $268,443.00 | 15% |
| 16269 NE Eugene Ct Ptld<br>DJ Property Solutions | TLH | 36 | $2,500<br>$2,500 | 12/15/14 | $1,200<br>6 months | $0.00 | $0.00 | 11 | $37.50 | $412.50 | $120.00<br>5 | $600.00 | $9.00 | $371,172.00 | 15% |
| 16394 SW Hoops Tigard<br>DJ Property Solutions<br>Deem Realty Funding | TLH | 26 | $6,000<br>$6,000 | 8/18/14 | 8 months<br>Rent is $1700 | Missed Nov 2014<br>$4,500.00 | 12/24/14<br>$750.00 | 12 | $67.50 | $810.00 | $170.00<br>6 | $1,020.00 | $15.30 | $500,095.00 | 15% |
| 18825 NE Hoyt CT Portla<br>DJ Property Solutions<br>Deem Realty Funding | TLH | 17 | $5,000<br>$5,000 | 4/28/14 | $1000 per month<br>8 months | $1,250.00 | 12/24/14<br>$625.00 | 13 | $18.75 | $243.75 | $100.00<br>11 | $1,100.00 | $16.50 | $240,000.00 | 15% |
| 18797 Blueridge Dr Oregon<br>DJ Property Solutions<br>Deem Realty Funding | RENX | 39 | $2,250<br>$2,250 | 12/17/14 | No rents<br>No payments | All principle due 12/17/15 with 12% interest default is 1.5% per month<br>$2,250.00 | $0.00<br>$0.00 | | $0.00 | | $0.00 | | | $285,069.00 | 15% |
| 19581 Hummingbird Loop<br>DJ Property Solutions<br>Deem Realty Funding | TLH | 24 | $4,000<br>$4,000 | 7/24/14 | $500 per month<br>8 months<br>Rent is $1600 | missed Oct and Nov 2014<br>$2,500.00 | 1/20/15<br>$500.00 | 13 | $37.50 | $487.50 | $160.00<br>8 | $1,280.00 | $19.20 | $275,361.00 | 15% |

3

EXHIBIT A, PAGE 8

## DJ PROPERTY SOLUTIONS, LLC LOANS

| Property | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21565 Firwood Sandy OR | 19 | | 5/5/2014 8 months rent is $1700 | $4,750.00 | 1/21/15 $593.75 | $0.00 | $0.00 | 0 | $0.00 | $170.00  10 | $1,700.00 | $25.50 | $400,251.00 | 15% |
| DJ Property Solutions | | $4,750 | | | | | | | | | | |
| Deem Realty Funding | | $4,750 | | | | | | | | | | |
| 35727 SE Douglas Rd | 30 | TLH | 9/10/2014 8 months rent is $2000 | $3,375.00 | 1/21/15 $843.75 | $50.63 | 10 | | $506.25 | $200.00  7 | $1,400.00 | $21.00 | $426,905.00 | 15% |
| DJ Property Solutions | | $6,750 | | | | | | | | | | |
| Deem Realty Funding | | $6,750 | | | | | | | | | | |
| 52055 SE Icenogle Scappoo | 23 | TLH | 7/10/2014 8 months Rent is $1300 | $2,812.50 | 1/23/15 $468.75 | $14.06 | 10 | | $140.63 | $130.00  8 | $1,040.00 | $15.60 | $311,725.00 | 15% |
| DJ Property Solutions | | $3,750 | | | | | | | | | | |
| Deem Realty Funding | RENX | $3,750 | | | | | | | | | | |

| | Principle | Interest | | Rents Due | Interest | |
|---|---|---|---|---|---|---|
| Totals of DJPS loans only | $70,262.46 | $11,174.99 | | $42,820.00 | $642.30 | |

---

## JOINT VENTURE ON SEVEN PROPERTIES

### DJPS FEB 2014 JV

| Property | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 235 NW Terrace Ln  Prineville OR 97754  DJ Property Solutions | JV1 | Feb 2014 JV $718.75  TLH | 2/13/14 | 50% of rents  Not rented | $0.00 | 12/22/14 $56.25 | $0.00 | 0 | $0.00 | $250.00  11 | $2,500.00 | $37.50 | $175,000.00 | 50% |
| 455 NE Blackbear ST  Prineville OR 97754  DJ Property Solutions | JV 1 | Feb 2014 JV $718.75  TLH | 2/13/14 | 50% of rents  Rent is $750 | was for Nov & Dec  $0.00 | 12/22/14 $620.46 | $0.00 | 0 | $0.00 | $250.00  11 | $2,500.00 | $37.50 | estimate not on Zillow $150,000.00 | 50% |
| 505 E 3rd Street  Newberg OR  DJ Property Solutions | JV1 | Feb 2014 JV $2,600  TLH | 2/13/14 | 50% of rents  Rent is $700 | $2,600.00 | 1/20/15 $350.00 | $0.00 | 0 | $0.00 | $350.00  10 | $3,150.00 | $47.25 | $162,003.00 | 50% |
| 744 SE 164th Ave  Portland OR 97233  DJ Property Solutions | JV1 | Feb 2014 JV $3,750  TLH | 2/13/14 | 50% of rents  Feb 1 2014  Rent is $1600 | $3,750.00 | 12/22/14 $185.00 | $0.00 | 0 | $0.00 | $800.00  11 | $8,000.00 | $120.00 | $230,565.00 | 50% |
| 912 NW 12th St  Prineville OR 97754  DJ Property Solutions | JV1 | Feb 2014 JV $718.75  TLH | 2/13/14 | 50% of rents  Not rented | boarded up  $0.00 | | $0.00 | 0 | $0.00 | $0.00  0 | $0.00 | $0.00 | $93,757.00 | 50% |
| 2473 N. Main  Prineville OR 97754  DJ Property Solutions | JV1 | Feb 2014 JV $718.75  TLH | 2/13/14 | 50% of rents  Verify rent  Rent is $8007 | $718.75 | 12/22/14 ($165.27) | $0.00 | 0 | $0.00 | $180.00  11 | $1,980.00 | $29.70 | $153,041.00 | 50% |
| 6818 NE Stanton St  Portland OR 97213  DJ Property Solutions | JV1 | Feb 2014 JV $3,750  TLH | 2/13/14 | 50% of rents  March 1 2014  Rent is $1200 | $3,750.00 | 11/17/14 $874.73 | $0.00 | 0 | $0.00 | $600.00  12 | $7,200.00 | $108.00 | $321,961.00 | 50% |

| | Principle | Interest | | Rents Due | Interest | |
|---|---|---|---|---|---|---|
| Totals for FEB 2014 JV Only | $12,975.00 | $0.00 | | $25,330.00 | $379.95 | |

Page 4 of 7

EXHIBIT A, PAGE 9

5

## 18901 JOINT VENTURE

| 18901 Hilltop Rd. | JV2 | $1,250 | 12/18/13 | 50% of rents Rent is $2500 | | | | | | | 15% |
| Lake Oswego, OR 97035 | | | | | | | | | | | |
| DJ Property Solutions | | | | | | | | | | | |
| Deem Realty Funding | | | | | | | | | | | |

| | Principle $248,470.80 | | | Interest $64,472.43 | | Rents Due $0.00 | Interest $0.00 | |
| Totals for 18901 Joint Venture | | | | | | | | $726,541.00 |

23 months x $3,727.06 = $85,722.43
$85,722.43   $64,472.43
$21,250.00 paid $1,250 monthly from Jan 2014 to May 2015 17 months
$64,472.43

---

## IRA LOANS

APS is AMERICAN PENSION SERVICES
David's IRA is #11396  Janine's IRA is #12075  Darrell's IRA is #14459 OREGON and ILLINOIS PROPERTIES

| 3415 Crescent | 1 | | 5/31/13 80% of rents | $20,960.00 for Dec 2014 | 1/8/15 $440.00 | $0.00 | $0.00 | $0.00 | $440.00 11 | $4,840.00 | $72.60 | $698,969.00 |
| David APS | | $20,960 | # of months 12 Rent is $2200 | | | | | | | | | |
| | BBC | | | | | | | | | | | |
| 21255 NE Shore Dr | 2 | | 5/31/13 80% of rents | $13,500.00 for Dec 2014 | 1/23/15 $420.00 | $0.00 | $0.00 | $0.00 | $420.00 11 | $4,620.00 | $69.30 | $459,625.00 |
| David APS | | $13,500 | # of months 9 Rent is $1900 | | | | | | | | | |
| | BBC | | | | | | | | | | | |
| 3004 62nd | 3 | | 7/23/13 80% of rents | $4,250.00 for Dec 2014 | 1/20/15 $120.00 | $0.00 | $0.00 | $0.00 | $120.00 11 | $1,320.00 | $19.80 | $488,496.00 |
| David APS | | $4,250 | # of months 9 Rent is $1200 | | | | | | | | | |
| Darrell APS | | $4,250 | | | | | | | | | | |
| | BBC | | | | | | | | | | | |
| 17646 Corona Ln | 5 | | 9/17/13 Fixed | $6,000.00 | 1/20/15 $120.00 | $0.00 | $0.00 | $0.00 | $120.00 10 | $1,200.00 | $18.00 | $280,094.00 |
| David APS | | $6,000 | 8 months Rent is $1200 | | | | | | | | | |
| Darrell APS | | $6,000 | | | | | | | | | | |
| | BBC | | | | | | | | | | | |
| 13360 NE Denbrook | 8 | | 12/2/13 $1800 per mo. | $8,977.50 | 1/20/15 $640.00 | $2,022.50 | $30.34 | 10 | $180.00 14 | $2,520.00 | $37.80 | $543,405.00 |
| David APS | | $11,000 | 8 months Rent is $1800 | | Rent should have started Oct 2014 | | | | | | | |
| Rick Lofton/Tracey | | $11,000 | | | | | | $303.38 | | | | |
| | BBC | | | | | | | | | | | |
| 11334 Kimball Ct | 9 | | 12/2/13 $1250 per mo. | $5,750.00 | 1/20/15 $250.00 | $0.00 | $0.00 | $0.00 | $125.00 10 | $1,250.00 | $18.75 | $474,183.00 |
| David APS | | $5,750 | 8 months Rent is $1250 | | | | | | | | | |
| Darrell APS | | $5,750 | | | | | | | | | | |
| | RENX | | | | | | | | | | | |
| 10729 SW River Dr. | 11 | | 12/4/13 $1800 per mo. | $8,000.00 | 1/23/15 $160.00 | $0.00 | $0.00 | $0.00 | $160.00 10 | $1,600.00 | $24.00 | $323,175.00 |
| David APS | | $8,000 | 8 months | | | | | | | | | |
| Gordon Hall pension | | $8,000 | | | | | | | | | | |
| | RENX | | | | | | | | | | | |
| 5879 NW Lark Meadow | 14 | | 1/14/14 $1500 per mo. | $5,750.00 | 1/20/15 $180.00 | $0.00 | $0.00 | $0.00 | $180.00 10 | $1,800.00 | $27.00 | $449,856.00 |
| David APS | | $5,750 | 8 months | | | | | | | | | |
| Deem Realty Funding | | $5,750 | | | | | | | | | | |
| | RENX | | | | | | | | | | | |
| 8965 Oxbow Terrace | 16 | | 2/13/14 | $5,250.00 | 1/20/15 $120.00 | $0.00 | $0.00 | $0.00 | $0.00 0 | $0.00 | $0.00 sold | |
| David APS | | $5,250 | 8 months Rent is $1200 | | | | | | | | | |
| Darrell APS | | $5,250 | | $1,200 | | | | | | | | |
| | RENX | | | | | | | | | | | |
| 1431 Larsen Ln (IL) | 4 | | 7/29/13 Fixed | $9,000.00 | 4/14/14 $1,000.00 | $0.00 | $0.00 | $0.00 | $275.00 19 | $5,225.00 | $78.38 | $560,160.00 |
| David APS | | $9,000 | 8 months Rent is $2750 | | | | | | | | | |
| Deem Realty Funding | | $9,000 | | | | | | | | | | |
| | BBC | | | | | | | | | | | |

EXHIBIT A, PAGE 10

| IRA LOANS | APS is AMERICAN PENSION SERVICES | | | David's IRA is #11396 Janine's IRA is #12075 Darrell's IRA is #14459 OREGON and ILLINOIS PROPERTIES | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **1701 Baltimore (IL)** | 6 | 9/20/13 $1800 per mo. | | | | | | | 15% |
| David APS | $8,500 | 8 months | $8,500.00 | 9/16/14 | $0.00 | 0 | $0.00 | $180.00 | 14 | $369,395.00 |
| Darrell APS | $8,500 | Rent is $1800 | | $180.00 | | | | | | 15% |
| | BBC | | | | | | | | | |
| **3547 Dearborn St (IL)** | 7 | 9/25/13 $ per month | | | | | | | | 15% |
| David APS | $8,500 | 8 months | $8,500.00 | 10/20/14 | $0.00 | 0 | $0.00 | $230.00 | 13 | $527,612.00 |
| Darrell APS | $8,500 | Rent is $2300 | | $230.00 | | | | | | 15% |
| | BBC | | | | | | | | | |
| **1490 Falcon Ln (IL)** | 15 | 2/11/14 | $1,034 | | | | | | | 304 |
| Janine APS | $7,250 | 8 months | $1,034.00 | 4/14/14 | $93.24 | 19 | $6,216.00 | $280.00 | 12 | $373,114.00 |
| Darrell APS | $7,250 | Rent is $2800 | | $1,034.00 | | | | | | 15% |
| | RENX | | | | | | | | | |
| | | | | | Principle | | Interest | | | |
| **Totals for IRA loans only** | | | | | $8,238.50 | | $2,074.94 | | | |
| | | | | | | | Rents Due | Interest | | |
| | | | | | | | $33,245.00 | $498.68 | | |

| ASSIGNED CONTRACTS FROM RCLM, LLC to DJ PROPERTY SOLUTIONS | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **5853 SE Skyhigh Court** | | 12/14/12 | | | | | | | 15% |
| RCLM assigned DIPS | $6,000 | Is Rent only $825? | $6,000.00 | 5/14/15 | $0.00 | 0 | $0.00 | $165.00 | 10 | $323,453.00 |
| | To receive 80% of rents until principle is paid | | $948.26 | | | | | $24.75 | | |
| | To receive 20% of rents after principle is paid | | | | | | | | | |
| | To receive 15% of profits at settlement | | | | | | | | | |
| **4890 Indian Creek Court** | | 5/14/13 | | | | | | | | 15% |
| RCLM assigned DIPS | $13,621 | Rent is $1200 | $13,621.00 | 6/ /2014 | $0.00 | 0 | $0.00 | $240.00 | 10 | $484,052.00 |
| | To receive 80% of rents until principle is paid | | $733.00 | | | | | $36.00 | | |
| | To receive 20% of rents after principle is paid | | | | | | | | | |
| | To receive 30% of profits at settlement | | | | | | | | | |
| **13360 Denbrook Rd** | | 10/14/13 | | | | | | | | 15% |
| RCLM assigned DIPS | $11,157 | Rent is $1800 | $11,157.00 | 8/ /15 | $0.00 | 0 | $0.00 | $180.00 | 14 | $543,405.00 |
| | To receive 40% of rents until principle is paid | | $277.48 | | | | | $37.80 | | |
| | To receive 10% of rents after principle is paid | | | | | | | | | |
| | To receive 15% of profits at settlement | | | | | | | | | |
| **3230 Southshore Blvd** | | No loan was made | | | | | | | | 5% |
| RCLM assigned DIPS | | RCLM exchanged work for investment | | | | | | | | |
| | To receive 5% of profits at settlement | | | | | | | | | |
| **Totals for assignment contracts** | | | Totals Due from assign Principle | | | Interest | | Rent Due | Interest | |
| | | | $0.00 | | | $0.00 | | $6,570.00 | $98.55 | |

| SUMMARY OF ALL LOAN BALANCES BEFORE 30% SHARE OF PROFITS | | | |
|---|---|---|---|
| | Principle | Interest | Rents Due |
| Totals Due DJ Property Solutions LLC | $70,262.46 | $11,174.99 | $42,820.00 | $642.30 |
| Totals Due DIPS for FEB 2014 JOINT VENTURE | $12,975.00 | $0.00 | $25,330.00 | $379.95 |
| Totals due 18901 JOINT VENTURE | $248,470.80 | $64,472.43 | $0.00 | $0.00 |
| Totals Due David and Janine IRA Accounts | $8,238.50 | $2,074.94 | $33,245.00 | $498.68 |
| Totals Due DIPS for RCLM, LLC Assigned Contracts | $0.00 | $0.00 | $6,570.00 | $98.55 |
| Totals for all accounts | $339,946.76 | $77,722.36 | $107,965.00 | $1,619.48 |
| **TOTAL CURRENT DEBT OWED PRIOR TO 30% SHARE OF PROFITS** | Totals of principle, interest, rents due and interest is: | $527,253.59 |

EXHIBIT A, PAGE 11

# SHARE OF PROFITS – DESCRIPTION AND ESTIMATES

A. Most contract terms included sharing 30% the profits at settlement.

B. Settlement is when the home is sold to an end buyer who is paying fair market value for the home after repairs.

C. The profit or spread is based on the sales price less commissions, title fees and insurance, actual repairs, utilities & insurance, cost of money and acquisition (amount to pay off liens/mortgages).

E. NOT TO BE INCLUDED IN CALCULATION: Original purchase amount for deed that was subject to all liens and encumbrances, repairs to rent or property management fees.

F. RENTAL INCOME: was to cover all legal expenses, repayment of loan to buy deed and then 20% of rents to lenders, management and repairs.

D. EXAMPLE: $46,500 gross profit after expenses x 30% = $13,950 to be paid as share of profits

| | |
|---|---|
| $330,000 | Sales price to end buyer |
| -$16,500 | Commissions at 5% of sales price |
| -$3,000 | Title fees and insurance to close |
| -$50,000 | Repair expenses, contractor expenses, supplies and materials, permits etc |
| -$2,000 | Utilities and insurance |
| -$12,000 | Cost of money for loan to pay off lien holders or the Sheriff's sale |
| -$200,000 | Acquisition of home - Sheriff's Sale Deed |
| **$46,500** | **Gross profit** |
| **x .30** | **30% of gross profit** |
| **$13,950** | **Amount due as lender share of profits per contracts** |

## Recent Examples of Home Sales

### 8965 Oxbow Terrace
### Beaverton Oregon 97008

| | | |
|---|---|---|
| $320,000.00 | Sales price | |
| -$16,000.00 | Commissions | |
| -$3,000.00 | Title fees and insurance | |
| -$73,040.56 | Rehab Expenses | |
| -$13,982.21 | Cost of money - interest and points | |
| -$162,441.88 | Acquisition of home - Sheriff's Sale Deed | |
| $51,535.35 | Gross Profit | |
| x .30 | 30% share | |
| $15,460.61 | 30% Due to lenders | Equals 4.83 percent of sales price |

### 28312 SW Morgan Court
### Wilsonville, OR 97070

| | | |
|---|---|---|
| $240,000.00 | Sales price | |
| $0.00 | Commissions | |
| -$2,000.00 | Title fees and insurance | |
| -$5,000.00 | Rehab Expenses | |
| -$12,169.13 | Cost of money | |
| -$175,000.00 | Acquisition of home - bank approval | |
| $45,830.87 | Gross Profit | |
| x .30 | 30% share to investor lender | |
| $13,749.26 | 30% Due to lenders | Equals 5.7% of sales price |

### 1607 Pine Street
### Lake Oswego, OR 97034

| | | |
|---|---|---|
| $620,000.00 | Sales price | Estimates - should be close to actual - sale has not closed but should soon |
| $0.00 | Commissions | |
| -$4,000.00 | Title fees and insurance | |
| -$20,000.00 | Rehab Expenses | |
| $0.00 | Cost of money | |
| -$485,000.00 | Acquisition of home - bank approval | |
| $111,000.00 | Gross Profit | |
| x .30 | 30% share to investor lender | |
| **$33,300.00** | **30% Due to lenders** | **Equals 5.6% of sales price** |

**Based on the examples shown the profit share at 30% of the gross profit is greater than 5% of the sales price.**
**Considering that many of the properties have development potential and our intention was to increase value**
**by developing those properties in order to maximize profits then settling for 5% of current Zillow values is conservative.**
Zillow values are based on normal conditions, intention was to remodel the homes to increase value and maximize profits.

ZILLOW VALUES as of 11/15/15
Totaled values from O9 through O253
At 5% of Zillow Values a conservative
settlement amount would be:

$21,621,368.00
x.05
$1,081,068.40

## LOAN AND INVESTMENT SUMMARY
## 30% PROFIT SHARE NOT INCLUDED

| | Number of loans | Number of Properties | Principle Due | Rents Due | Interest Due | Total Due |
|---|---|---|---|---|---|---|
| DJ PROPERTY SOLUTIONS, LLC | 28 | 28 | $70,262.46 | $42,820.00 | $11,817.29 | $124,899.75 |
| JOINT VENTURE * FEB JV 2014 | 1 | 7 | $12,975.00 | $25,330.00 | $379.95 | $38,684.95 |
| JOINT VENTURE * 18901 VENTURE | 1 | 1 | $248,470.80 | $0.00 | $64,472.43 | $312,943.23 |
| DAVID AND JANINE IRA LOANS | 13 | 13 | $8,238.50 | $33,245.00 | $2,573.62 | $44,057.12 |
| ASSIGNED CONTRACTS * RCLM to DJPS | 4 | 4 | $0.00 | $6,570.00 | $98.55 | $6,668.55 |
| **TOTAL DUE DJPS and DAVID and JANINE IRA's** | | | $339,946.76 | $107,965.00 | $79,341.84 | **$527,253.60** |

| | Number of loans | Number of Properties | Principle Due | Rents Due | Interest Due | Total Due |
|---|---|---|---|---|---|---|
| DEEM REALTY FUNDING | 24 | 24 | $55,612.46 | $30,830.00 | $8,706.44 | $95,148.90 |
| JOINT VENTURE * 18901 VENTURE | 1 | 1 | $248,470.80 | $0.00 | $64,472.43 | $312,943.23 |
| DEEM IRA LOANS | 7 | 7 | $6,216.00 | $12,640.00 | $1,961.16 | $20,817.16 |
| **TOTAL DUE DEEM REALTY and DEEM IRA's** | | | $310,299.26 | $43,470.00 | $75,140.03 | **$428,909.29** |