Stephen K. Christiansen (6512)
311 South State Street, Ste. 250
Salt Lake City, Utah 84111
Telephone:  801.716.7016
Facsimile: 801.716.7017
steve@skclawfirm.com

*Attorney for Defendants/Counterclaim Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DARRELL L. DEEM, et al.,<br><br>   Plaintiffs/Counterclaim Defendants,<br><br>vs.<br><br>TRACEY BARON, et al.,<br><br>   Defendants/Counterclaim Plaintiffs. | **NOTICE OF SATISFACTION OF ORDER FOR COSTS AND FEES**<br><br>Civil No. 2:15-cv-755-DS<br><br>Honorable David Sam |

NOTICE IS HEREBY GIVEN that defendants have paid plaintiffs' costs and fees in the amount of $6,266.00 and thereby satisfied ¶ 4 of the Court's order of March 22, 2018 (Dkt. 154).

DATED this 13th day of June, 2018.

STEPHEN K. CHRISTIANSEN, ATTORNEY AT LAW

By:  /s/ Stephen K. Christiansen
*Attorney for Defendants/Counterclaim Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of June, 2018, I caused a true and correct copy of this pleading to be served electronically upon all counsel of record via the Court's CM/ECF system.

/s/ Stephen K. Christiansen