# MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

JUDGE: Hon.  David Sam

COURT REPORTER: Laura Robinson
COURTROOM DEPUTY: Kim Forsgren
INTERPRETER: Not Needed

CASE NO.  2:15cv00755

Deem et al v. Baron et al

Approved By: _Ad 6/11/19_

## APPEARANCE OF COUNSEL

Pla      Mark A. Larsen - David Law, Janine Law, Darrell Deem
Dft      Stephen K. Christiansen

DATE: 06/10/2019

MATTER SET: Bench Trial

DOCKET ENTRY:

Counsel for the parties are present. Counsel stipulated to waive opening statements.
Discussion heard as to the stipulated exhibits. Exhibit 259 withdrawn.
Exhibits 256-258, 266-272 and 274 have not been agreed upon. All other exhibits are admitted and received.
Plaintiff calls Tracy Baron.  The witness is sworn, testimony given.  Exhibits 256 and 257 are offered and admitted.
The court takes a break. Mr. Baron continues on the stand and is reminded he is under oath. Court will resume
on Tuesday, June 11, 2019, at 8:30 a.m.