MARK A. LARSEN (3727)
LISA C. RICO (8901)
LARSEN & RICO, PLLC
170 S. Main St., Suite 1150
Salt Lake City, UT 84101
Telephone: (801) 364-6500
mlarsen@larsenrico.com
lrico@larsenrico.com

*Former Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# STATE OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DARRELL L. DEEM, *et al.*, <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> TRACEY BARON, *et al.*, <br><br> Defendants/Counterclaim Plaintiffs. | Case No. 2:15-CV-755-DS <br><br> **MOTION TO WITHDRAW AS COUNSEL** <br><br> Judge David Sam |

Pursuant to DUCivR 83-1.4, Mark A. Larsen, Lisa C. Rico and Larsen & Rico, PLLC, move the Court for permission to withdraw as counsel of record for Plaintiffs.

The last known street and email addresses for Plaintiffs follows:

| Plaintiff | Street Address | Email Address |
|---|---|---|
| David Law <br> Roth IRA #11396 <br> DJ Property Solutions, LLC | 9041 S 4800 W <br> Payson, Utah 84651 | dglaw6@gmail.com |
| Janine Law <br> Roth IRA #12075 | 9041 S 4800 W <br> Payson, Utah 84651 | DJLAW6@msn.com |
| Darrell Deem <br> Deem Realty Funding, Inc. | 525 B Street <br> Salt Lake City, Utah 84103 | ddeem30@gmail.com |

Plaintiffs requested Mark A. Larsen and Larsen & Rico, PLLC, to withdraw from the case. Plaintiff should be aware that (i) if the motion is granted and no Notice of Substitution of Counsel has been filed, the client must file a notice of appearance within twenty-one (21) days after entry of the order, unless otherwise ordered by the court, and (ii) pursuant to DUCivR 83-1.3, no corporation, association, partnership, limited liability company or other artificial entity may appear *pro se*, but must be represented by an attorney who is admitted to practice in this court.

The consent to withdraw is contained in the following email from David Law to Mark A. Larsen dated February 17, 2020:

> Mark,
>
> Per your note below, we have been expecting you to submit your withdrawal from our case. Would you please do so as soon as possible?
>
> Thanks

Darrell Deem was copied on this email.

Dated: February 21, 2020.

LARSEN & RICO, PLLC

/s/ Mark A. Larsen

_____

Mark A. Larsen
*Former Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

      The moving attorney certifies that the motion was sent to the moving attorney's client and all parties on February 21, 2020, was served upon the following parties in the manner indicated:

      Stephen K. Christiansen (Court's electronic filing system)
      311 So. State Street, Suite 250
      Salt Lake City, Utah  84111

      David Law (email)
      Roth IRA #11396
      DJ Property Solutions, LLC
      9041 S 4800 W
      Payson, Utah 84651

      Janine Law (email)
      Roth IRA #12075
      9041 S 4800 W
      Payson, Utah 84651

      Darrell Deem (email)
      Deem Realty Funding, Inc.
      525 B Street
      Salt Lake City, Utah  84103

      /s/ Mark A. Larsen
      _____