Stephen K. Christiansen (6512)
311 South State Street, Ste. 250
Salt Lake City, Utah 84111
Telephone:  801.716.7016
Facsimile: 801.716.7017
steve@skclawfirm.com

*Attorney for Defendants/Counterclaim Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DARRELL L. DEEM, et al., | |
|    Plaintiffs/Counterclaim Defendants, | **AMENDED JUDGMENT** |
| vs. | Civil No. 2:15-cv-755-DS |
| TRACEY BARON, et al., | Honorable David Sam |
|    Defendants/Counterclaim Plaintiffs. | |

This case having been tried before the Court on June 10-13, 2019, with additional deposition testimony received thereafter on June 20, 2019, and the Court having thereafter entered its Findings of Fact and Conclusions of Law on January 10, 2020 (ECF 306) and its original Judgment on April (ECF 325), as well as its Order on Parties' Motions for Attorney Fees and Costs on July 2, 2020 (ECF 360) and Memorandum Decisions addressing the parties' post-judgment motions on July 17 and 20 and August 3, 2020 (ECF 365, 366, 368);

It is hereby ORDERED, ADJUDGED, AND DECREED that this AMENDED JUDGMENT shall ENTER as set forth herein:

1. Judgment with respect to the loan transactions entered by the Law plaintiffs as follows:

    a. Judgment in favor DJ Property Solutions, LLC, a Utah limited liability company, and against Turning Leaf Homes, LLC, an Oregon limited liability company, for the total principal sum of $69,899.96;

    b. Judgment in favor of DJ Property Solutions, LLC, and against RenX Group, LLC, an Oregon limited liability company, for the total principal sum of $13,337.50;

    c. Judgment in favor of David G. Law on behalf of his Roth IRA #11396 and against RenX Group, LLC, an Oregon limited liability company, for the total principal sum of $2,022.50;

    d. Together with prejudgment interest thereon as to each of the principal sums at 10% per annum pursuant to Utah Code § 15-1-1(2) from October 26, 2015, to the date of entry of this Judgment.

2. Judgment with respect to the loan transactions entered by the Deem plaintiffs as follows:

    a. Judgment in favor of Deem Realty Funding, Inc., a Utah corporation, and against Turning Leaf Homes, LLC, an Oregon limited liability company, for the total principal sum of $49,424.96;

    b. Judgment in favor of Deem Realty Funding, Inc., a Utah corporation, and against RenX Group, LLC, an Oregon limited liability company, for the total principal sum of $6,187.50;

      c.      Together with prejudgment interest thereon as to each of the principal sums at 10% per annum pursuant to Utah Code § 15-1-1(2) from October 26, 2015, to the date of entry of this Judgment.

      3.      Judgment in favor of David G. Law, individually and on behalf of his Roth IRA #11396; Janine W. Law, individually and on behalf of her Roth IRA #12075; DJ Property Solutions, LLC, a Utah limited liability company; Darrell L. Deem, individually and on behalf of his Roth IRA #14459; Deem Realty Funding, Inc., a Utah corporation; and Deem Investment Company, a Utah corporation; and against Tracey Baron for the total principal sum of $41,000, together with interest thereon at 10% per annum pursuant to Utah Code § 15-1-1(2) from July 27, 2018, to the date of entry of this Judgment.

      4.      Judgment in favor of all counterclaim defendants and against all counterclaim plaintiffs, no cause of action, on the counterclaim founded on Internal Revenue Code violations.

      5.      Judgment in favor of Michelle Baron as follows: Michelle Baron is declared to be the equitable owner of the property located at 18901 Hill Top Road, Lake Oswego, Oregon 97035, with equitable rights of redemption and sole right of possession, subject to an equitable mortgage in favor of David G. Law in the sum of $271,663.38 and Darrell L. Deem in the sum of $266,047.63, for a total sum of $537,711.01, to secure these amounts owed to them by Michelle Baron.

      6.      Judgment in favor of David G. Law and Darrell L. Deem in the form of an equitable mortgage on the property located at 18901 Hill Top Road, Lake Oswego, Oregon 97035, for the total sum of $271,663.38 for David G. Law and $266,047.63 for Darrell L. Deem each ($537,711.01 total). The effective date of this equitable mortgage is December 16, 2013.

7.      Judgment in favor of David G. Law, individually and on behalf of his Roth IRA #11396; Janine W. Law, individually and on behalf of her Roth IRA #12075; DJ Property Solutions, LLC, a Utah limited liability company; Darrell L. Deem, individually and on behalf of his Roth IRA #14459; Deem Realty Funding, Inc., a Utah corporation; and Deem Investment Company, a Utah corporation; and against Tracey Baron and Michelle Baron, jointly and severally, for the total sum of $72,413.64.

8.      Judgment in favor of Turning Leaf Advisors, LLC, an Oregon limited liability company, and against David G. Law, individually and on behalf of his Roth IRA #11396; Janine W. Law, individually and on behalf of her Roth IRA #12075; DJ Property Solutions, LLC, a Utah limited liability company; Darrell L. Deem, individually and on behalf of his Roth IRA #14459; Deem Realty Funding, Inc., a Utah corporation; and Deem Investment Company, a Utah corporation, jointly and severally, for the total sum of $14,744.62.

9.      Judgment in favor of RenX Group II, an Oregon limited liability company, and against David G. Law, individually and on behalf of his Roth IRA #11396; Janine W. Law, individually and on behalf of her Roth IRA #12075; DJ Property Solutions, LLC, a Utah limited liability company; Darrell L. Deem, individually and on behalf of his Roth IRA #14459; Deem Realty Funding, Inc., a Utah corporation; and Deem Investment Company, a Utah corporation, jointly and severally, for the total sum of $14,744.62.

10.      Judgment in favor of Crimson Investment Group, LLC, an Oregon limited liability company, and against David G. Law, individually and on behalf of his Roth IRA #11396; Janine W. Law, individually and on behalf of her Roth IRA #12075; DJ Property Solutions, LLC, a Utah limited liability company; Darrell L. Deem, individually and on behalf of

his Roth IRA #14459; Deem Realty Funding, Inc., a Utah corporation; and Deem Investment Company, a Utah corporation, jointly and severally, for the total sum of $14,744.62.

11. Judgment in favor of DJ Property Solutions, LLC, a Utah limited liability company, and Deem Realty Funding, Inc., a Utah corporation, and against Turning Leaf Homes, LLC, an Oregon limited liability company, for the total sum of $20,710.08.

12. Judgment in favor of David G. Law, individually and on behalf of his Roth IRA #11396; Janine W. Law, individually and on behalf of her Roth IRA #12075; DJ Property Solutions, LLC, a Utah limited liability company; Darrell L. Deem, individually and on behalf of his Roth IRA #14459; Deem Realty Funding, Inc., a Utah corporation; and Deem Investment Company, a Utah corporation; and against RenX Group, LLC, an Oregon limited liability company, for the total sum of $20,710.08.

ENTERED this ___5th___ day of August, 2020.

BY THE COURT:

_____
DAVID SAM
United States District Judge


APPROVED AS TO FORM:

_____/s/ Chris L. Andrus_____
Chris L. Andrus
Attorney for Plaintiffs
*(E-signed with authorization given to e-filer)*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of August, 2020, I caused a true and correct copy of this pleading to be served electronically upon all counsel of record via the Court's CM/ECF system.

            /s/ Stephen K. Christiansen